B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **MCK Services, Inc.**                                          ,  Case No. ___**09-73432**___
                                          Debtor

                                          Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 13 | 634,235.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 509,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,172,910.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 634,235.00 | | |
| Total Liabilities | | | | 1,681,910.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **MCK Services, Inc.**

_____ ,     Case No. _____**09-73432**_____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re      **MCK Services, Inc.**                                                                ,      Case No. ___**09-73432**___
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **MCK Services, Inc.**
_____,    Case No.    **09-73432**    _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #7232238548 at 5th 3rd Bank, Freeport, IL** | - | 0.00 |
| | | **Checking account #071118798 at Community Bank of Orangeville** | - | 50,000.00 |
| | | **Checking account at State Bank of Davis** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Possible refunds for cancelled workers comp and other policies with Country Companies** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **50,000.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **MCK Services, Inc.**
_____,    Case No. ____**09-73432**_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Funds being held as retainage for jobs completed.** | - | **244,000.00** |
| | | **Money owed for work completed and invoiced.** | - | **217,735.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible refund for 941 tax overpayments** | - | **2,500.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **464,235.00**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **MCK Services, Inc.**                                                    ,    Case No.    **09-73432**
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached list of vehicles, trailers, etc (the attached list of vehicles and equipment has an estimated value of approx. $120,000-$300,000)** | - | **120,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached inventory of business equipment (see above for valuations)** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **120,000.00**
(Total of this page)

Sheet    **2**    of    **3**    continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **MCK Services, Inc.**                                        ,        Case No.  **09-73432**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **634,235.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

MCK Services, Inc.

as of 1/1/09

| | Year Purchased | Value |
|---|---|---|
| **Large Trucks** | | |
| #1 83 IHC S-RG45 | | $3,500 |
| #2 89 MACK w/ 35 ton detach & 22' dump trailer | 2007 | $50,000 |
| | TOTAL | $53,500 |
| | | |
| **Trucks** | | |
| 85 F350 crew cab diesel | | $2,500 |
| 90 D250 w/ ladder rack | | $1,950 |
| 91 D350 w/ utility box | | $3,750 |
| #16 90 D250 | | $2,000 |
| | | |
| #8 97 F350 flat bed vin# B85448 | 2006 | $7,500 |
| 94 F250 w/ utility box diesel | 2006 | $2,950 |
| 92 F350 crew cab diesel | 2006 | $6,500 |
| #5 93 W250 club cab vin# 139937 | 2006 | $3,000 |
| #4 92 F250 ext cab 4x4 diesel w/ utility box vin# A08083 | 2006 | $4,750 |
| #12 93 F250 | 2007 | $3,700 |
| #6 93 D250 club cab w/ utility box von# 159595 | 2007 | $4,650 |
| #11 93 F250 4x4 w/ utility box | 2007 | $4,750 |
| #13 92 F250 4x4 reg box | 2007 | $4,900 |
| #7 91 F250 4x4 w/ utility box vin# A63412 | 2007 | $2,750 |
| #15 91 Dodge club cab reg box | 2007 | $1,100 |
| #9 96 F-Super Duty rollback / flatbed / tow truck vin# A14761 | 2007 | $8,500 |

MCK Services, Inc.                                2009 Inventory

| | | |
|---|---|---|
| 95 F350 crew cab w/ dump box | 2008 | $8,000 |
| #18 92 D200 w/ utility box | 2008 | $5,000 |
| | | |
| 92 F350 crew cab w/ utility box | 2008 | $4,500 |
| #3 93 W250 vin# 259160 | 2008 | |
| #10 94 F250 vin# B89744 | 2008 | |
| #14 93 Ford F250 | 2008 | |
| #19 92 Ford Explorer | 2008 | $865 |
| #17 94 Dodge Dakota | 2009 | $1,050 |
| | TOTAL | $84,665 |

## Tractors

| | | |
|---|---|---|
| Farmall tractor "M" | 2006 | $1,000 |
| | | |
| Case VAC w/ Woods belly mower | 2006 | $1,000 |
| Yazoo Master mower 60" | 2008 | $2,000 |
| | TOTAL | $4,000 |

## Trailers

| | | |
|---|---|---|
| job trailer 8' x 32' | | $3,500 |
| (2) job trailers @ $2,500 ea. | | $5,000 |
| 36' gooseneck | | $6,500 |
| Dyna Weld 12-ton tiltbed | | $3,450 |
| (2) job trailers @ $1,000 ea. | 2006 | $2,000 |
| Haulmark enclosed | 2007 | $700 |
| | TOTAL | $21,150 |

## Welders

| | | |
|---|---|---|
| Lincoln SA 200 gas | | $1,500 |
| Hobart 600 amp diesel | | $1,500 |
| Lincolnd 225 DC gas | | $850 |
| Lincoln 250 DC electric | | $700 |
| | | |
| (3) Miller Bbcat 225 @ $1,500 ea. | | $4,500 |
| Miller wire feed welder | 2006 | $650 |

MCK Services, Inc.
2009 Inventory

| | | |
|---|---|---|
| plasma cutter | 2007 | $700 |
| Lincoln suit cas wire welder | 2008 | $1,700 |
| | TOTAL | $12,100 |

## Cut Off Saws
| | | |
|---|---|---|
| Wacker 12" gas | | $450 |
| (5) Sachs 309 14" gas @ $525 ea. | | $2,625 |
| | TOTAL | $3,075 |

## Electric Tools
| | |
|---|---|
| portable band saw | $325 |
| Bosch breaking hammer | $650 |
| (2) Hilti TE 5 roto hammer @ $400 ea. | $800 |
| (2) Hilti TE 17 roto hammer @ $400 ea. | $800 |
| (2) Hilti TE 24 roto hammer @ $450 ea. | $900 |
| Hilti TE 2 roto hammer | $300 |
| (4) Dewalt DW 268 screw guns @ $160 ea. | $640 |
| (2) Porter Cable screw guns @ $109 ea. | $218 |
| (2) Milwaukee power shear @ $150 ea. | $300 |
| Bosch nibbler | $350 |
| (3) 4" grinders @ $75 ea. | $300 |
| 7" grinder | $90 |
| 9" grinder | $100 |
| (3) 3/8" drills @ $100 ea. | $300 |
| (2) 1/2" drills @ $125 ea. | $250 |
| (2) 1/2" drive impact @ $150 ea. | $300 |
| (2) 3/4" drive impact @ $200 ea. | $400 |
| Bosch roto hammer | $500 |

MCK Services, Inc.                                          2009 Inventory

| | | |
|---|---|---|
| Bosch Bulldog roto hammer | | $150 |
| Milwaukee Hawk roto hammer | | $200 |
| | | |
| (2) Utier auto guns @ $800 ea. | 2006 | $1,600 |
| (2) bench grinders | 2008 | $150 |
| | TOTAL | $9,623 |

## Cranes

| | | |
|---|---|---|
| Broderson IC 70B 1979 Model | | $10,000 |
| 78 20XC B.E. | 2007 | $25,000 |
| | TOTAL | $35,000 |

## Skid Steer Loaders

| | | |
|---|---|---|
| Gehl model 4600 w/ bucket & forks | | $4,250 |
| (2) D4 Cats | 2006 | $3,051 |
| Hydra Mac 14 | 2007 | $4,300 |
| | TOTAL | $11,601 |

## Scaffold & Ladders

| | | |
|---|---|---|
| (4) outriggers @ $50 ea. | | $200 |
| (3) 8' step ladders @ $200 ea. | | $600 |
| 10' step ladder | | $300 |
| 24' extention ladder | | $300 |
| (2) 24' aluminum scaffold planks @ $800 ea. | | $1,600 |
| (2) 16' aluminum scaffold planks @ $300 ea. | | $600 |
| (4) 12' aluminum scaffold planks @ $150 ea. | | $600 |
| (10) 5'x9' scaffold sections w/ HDWE @ $100 ea. | | $1,000 |
| (4) 5'x9' scaffold sections w/ HDWE @ $100 ea. | | $400 |
| | TOTAL | $5,600 |

MCK Services, Inc.

2009 Inventory

## Safety Equipment

| | | |
|---|---|---|
| (3) retractables @ $400 ea. | | $1,200 |
| (2) harnesses @ $80 ea. | | $160 |
| (3) sets jack stands @ $50 pr. | | $150 |
| (6) first aid kits @ $35 ea. | | $210 |
| (6) fire extinguishers @ $21 ea. | | $126 |
| | TOTAL | $1,846 |

## Hand Tools

| | | |
|---|---|---|
| (12) hickey bars @ $140 ea. | | $1,680 |
| (6) bolt cutters @ $60 ea. | | $360 |
| (6) water jugs @ $25 ea. | | $150 |
| (10) cell phones @ $180 ea. | | $1,800 |
| (2) 1' drive air impact w/ sockets @ $400 ea. | 2006 | $800 |
| Milwaukee 1 1/2" shear | 2006 | $1,800 |
| Chicago pneumatic air wrench sockets | 2006 | $250 |
| (5) 5/8" portable shears @ $480 ea. | 2006 & 1-200 | $2,400 |
| (4) 3/4" shears @ $680 ea. | 2007 | $2,720 |
| 1 1/8" shear | 2008 | $2,200 |
| | TOTAL | $14,160 |

## Lifting Equipment

| | | |
|---|---|---|
| chokers, slings, shackles, porkchoks, clamps, chain come-alongs, spreaders | | $4,000 |
| | TOTAL | $4,000 |

## Shop Lifting Equipment

| | | |
|---|---|---|
| (2) 4-ton floor jacks @ $300 ea. | | $600 |
| engine hoist | | $150 |
| | TOTAL | $750 |

MCK Services, Inc.
2009 Inventory

## Generators
(6) Coleman 5000 watt @ $750 ea.         $4,500
(3) Wen 3500 @ $300 ea.    2007 & 2-20   $900
             TOTAL   $5,400

## Torch Set-Ups
(9) torch set - gauges, hose, heads @ $250 ea.   $2,250
(5) torch carts @ $200 ea.    $1,000
       TOTAL   $3,250

## Scaffold Wagons
(2) Rustgo model 195 @ $2,500 ea.   $5,000
sheeting wagon gear    $600
       TOTAL   $5,600

## Miscellaneous Equipment

| Item | Year | Value |
|---|---|---|
| picking beams - 1-23' & 2-10' | 2006 | $3,100 |
| (24) beam horses @ $125 ea. | 2006 | $3,000 |
| (10) wall scaffold adj. @ $125 ea. | 2006 | $1,250 |
| (11 pair) sawhorses @ $40 pr. | 2006 | $440 |
| (7) gang boxes @ $250 ea. | 2006 | $1,750 |
| (2) creepers @ $35 ea. | 2006 | $70 |
| air compressor | 2006 | $600 |
| power washer | 2006 | $200 |
| tire machine | 2007 | $375 |
| TOTAL | | $10,785 |

## Rough Terrain Forlifts

| Item | Year | Value |
|---|---|---|
| 644 Highland II Lull | | $20,000 |
| 844 Lull | 2006 | $22,000 |
| TOTAL | | $42,000 |

## Two Way Radios

MCK Services, Inc.
2009 Inventory

| | | |
|---|---|---|
| (set of 4) 800MZ trunking radios w/ chargers | | $400 |
| (set of 3) 800MZ trunking radios w/ chargers | | $300 |
| (set of 6) 800MZ trunking radios w/ chargers | | $500 |
| | TOTAL | $1,200 |

## Portable Heaters

| | | |
|---|---|---|
| (2) oil filled electric trailer heaters @ $40 ea. | | $80 |
| (5) Mr. Heater propane trailer heaters @ $100 ea. | | $500 |
| | TOTAL | $580 |

## Appliances

| | | |
|---|---|---|
| Kenmore refrigerator | 2007 | $415 |
| | TOTAL | $415 |

## Office Equipment

| | | |
|---|---|---|
| fax / copier | | $300 |
| (2) file cabinets @ $25 ea. | | $50 |
| answering machine | | $35 |
| phone | | $90 |
| eraser boards | | $25 |
| (2) desks @ $25 ea. | | $50 |
| (2) chairs @ $30 ea. | | $60 |
| (2) printer tables @ $50 ea. | | $100 |
| Sharp copier/printer | | $600 |
| HP copier/fax | 2006 | $70 |
| payroll computer - custom built | 2006 | $2,100 |
| front office - custom built | 2006 | $750 |
| (2) Canon P23-DHV calculator @ $40 ea. | 2007 | $60 |
| Staples SPL-S242D shredder | 2007 | $80 |
| Brother MFC-240C printer/fax | 2007 | $70 |
| HP OfficeJet 6310 | 2007 | $256 |

,MCK Services, Inc.                             2009 Inventory

| HP T610 blue print printer | 2008 | $3,500 |
|---|---|---|
| | TOTAL | $8,196 |

**GRAND TOTAL   $338,496**

# McK Services, Inc.
## Title list

| YEAR | MAKE | MODEL | BODY STYLE | PURCHASE DATE | VIN# |
|------|------|-------|-----------|---------------|------|
| 1978 | HYDROCRANE | B&E | TRAILER | 8/30/1997 | H81731 |
| 1974 | ARTISTIC | | TRAILER | 4/22/2003 | S365 |
| 1983 | INTERNATIONAL | S SERIES 1654 | FLATBED | 5/9/2003 | 1HTAA16E9DHA25101 |
| 1987 | HOMEMADE TRLR | | TRAILER | 7/10/2004 | TF19796 |
| 1985 | FORD | F350 | PICKUP | 9/20/2005 | 2FTHW3518FCB11630 |
| 1987 | DYNAWELD | | TRAILER | 1/9/2006 | I9K7AEX8H1X21701 |
| 1995 | FORD | F150 | PICKUP | 6/22/2006 | 1FTEF14N66NA75470 |
| 1992 | FORD | F350 | PICKUP | 6/28/2006 | 2FTJW35M4NCA40937 |
| 1991 | FORD | F250 | PICKUP | 7/24/2007 | 1FTEF26H7MKA63412 |
| 1993 | KIEFER BUILT | | FLATBED | 7/25/2007 | 1DVDF3628PA001278 |
| 1992 | FORD | F250 | PICKUP | 7/25/2007 | 1FTHX26M2NKA08083 |
| 1992 | FORD | F350 | PICKUP | 8/30/2007 | 2FTJW35M7NCA77724 |
| 1990 | DODGE | D200 | PICKUP | 9/29/2007 | 1B7JE26Y2LS641674 |
| 1994 | FORD | F150 | PICKUP | 10/3/2007 | 1FTEF14N0RLA83442 |
| 1990 | DODGE | D200 | CARRYALL | 10/8/2007 | 3B7JE23Z8LM053624 |
| 1993 | FORD | F250 | PICKUP | 10/23/2007 | 1FTHX26M7PKA06686 |
| 1993 | DODGE | | PICKUP | 11/21/2007 | 3B7JM23Z9PM139937 |
| 1992 | FORD | F250 | PICKUP | 1/4/2008 | 1FTHX26M1NKA55668 |
| 1996 | FORD | F - SUPER DUTY | CAB CHASS | 1/17/2008 | 1FDLF47F6TEA14761 |
| 1995 | FORD | F350 | PICKUP | 2/4/2008 | 1FTJW35F3SEA08102 |
| 1993 | DODGE | | PICKUP | 2/19/2008 | 3B7KE23C1PM159595 |
| 1993 | FORD | F250 | PICKUP | 4/18/2008 | 1FTHX25M5PKB28674 |
| 1993 | DODGE | W200 | PICKUP | 4/23/2008 | 1B7JM26YXPS259160 |
| 1989 | MACK | 600 R600 | TRL TRUCK | 6/12/2008 | 1M2N277Y1KW009127 |
| 1998 | TALBERT MFG | | TRAILER | 6/20/2008 | 40FSO4224J1007492 |
| 1978 | EAST TRLR | | TRAILER | 6/20/2008 | DS0483001 |
| 1997 | FORD | F350 | CAB CHASS | 8/5/2008 | 1FDKF37F0VEB85448 |
| 1992 | DODGE | D-250 | PICKUP | 10/1/2008 | 3B7KE23C2NM532091 |
| 1994 | FORD | EXPLORER | UTILITY | 11/8/2008 | 1FMDU34X9NUD09718 |
| 1994 | DODGE | DAKOTA | PICKUP | 4/1/2009 | 1B7GG23X8RS618201 |
| 1992 | DODGE | DAKOTA | PICKUP | 6/22/2009 | 1B7FL23VXNS679311 |

B6D (Official Form 6D) (12/07)

In re   **MCK Services, Inc.**                                                  Case No.   **09-73432**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re    **MCK Services, Inc.** _____ ,    Case No. ___**09-73432**_____

_____Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **MCK Services, Inc.** , Case No. **09-73432**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Pension fund contributions | | | | | | |
| **#498 of the Bridge, Structural, Ornamental and Reinforcing Workers Patrick Ryan 200 W. Adams #2200 Chicago, IL 60606** | X | - | | | | | | | Unknown |
| | | | | | | | 298,000.00 | | Unknown |
| Account No. | | | Pension contributions | | | | | | |
| **Iron Workers Mid America Supplemental Monthly Annuity Fund Patrick Ryan, 200 W. Adams, #2200 Chicago, IL 60606** | X | - | | | | | | | Unknown |
| | | | | | | | 99,000.00 | | Unknown |
| Account No. | | | Pension fund contributions | | | | | | |
| **Iron Workers Mid America Patrick Ryan, 200 W. Adams, #2200 Chicago, IL 60606** | X | - | | | | | | | Unknown |
| | | | | | | | 93,000.00 | | Unknown |
| Account No. | | | Fund contributions | | | | | | |
| **Midwest Operating Engineers Fringe Benefits Fund 6150 Joliet Road La Grange, IL 60525** | X | - | | | | | | | Unknown |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | Pension fund contributions | | | | | | |
| **Tri-State Welfare Fund C/O Patrick Ryan 200 West Adams, #2200 Chicago, IL 60606** | X | - | | | | | | | Unknown |
| | | | | | | | 19,000.00 | | Unknown |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 509,000.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 509,000.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **MCK Services, Inc.** ,    Case No.    **09-73432**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Credit cards | | | | |
| **Advanta PO Box 30715 Salt Lake City, UT 84130-0715** | - | | | | | | | | 2,100.00 |
| Account No. | | | | | **Advanta Bank Corp POB 8088 Philadelphia, PA 19101** | | | | |
| **Representing: Advanta** | | | | | | | | | |
| Account No. | | | | | Credit card purchases | | | | |
| **Bank of America PO Box 15710 Wilmington, DE 19886-5710** | - | | | | | | | | 1,700.00 |
| Account No. | | | | | Services rendered | | | | |
| **BHFX 80 West Seegers Rd. Arlington Heights, IL 60005** | - | | | | | | | | 200.00 |
| __9__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 4,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:23887-090811    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MCK Services, Inc.** _____,    Case No. _____**09-73432**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **CarQuest Auto Parts Stores** <br> **PO Box 503628** <br> **Saint Louis, MO 63150** | - | | | **Services rendered** | | | | **50.00** |
| Account No. <br><br> **Representing:** <br> **CarQuest Auto Parts Stores** | | | | **Car Quest** <br> **PO Box 26006** <br> **Raleigh, NC 27611** | | | | |
| Account No. <br><br> **Representing:** <br> **CarQuest Auto Parts Stores** | | | | **Car Quest of Freeport** <br> **11 S. Liberty** <br> **Freeport, IL 61032** | | | | |
| Account No. <br><br> **Chase** <br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | - | | | **Credit card purchases** | | | | **7,300.00** |
| Account No. <br><br> **Chase** <br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | - | | | **Credit card purchases** | | | | **7,300.00** |

| Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **14,650.00** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MCK Services, Inc.** _____,    Case No. ____**09-73432**_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit card purchases | | | | |
| Chase - BP PO Box 15298 Wilmington, DE 19850-5298 | | - | | | | | | 14,500.00 |
| Account No. | | | | Lease obligation | | | | |
| Christine Kraft 516 North 3rd Ave. Freeport, IL 61032 | | - | | | | | | Unknown |
| Account No. | | | | Credit card purchases | | | | |
| Citi Cards PO Box 688902 Des Moines, IA 50368-8902 | | - | | | | | | 3,100.00 |
| Account No. | | | | Credit card purchases | | | | |
| Citi Cards PO Box 688902 Des Moines, IA 50368-8902 | | - | | | | | | 4,600.00 |
| Account No. | | | | Services rendered | | | | |
| Comcast Cable PO Box 3002 Southeastern, PA 19398-3002 | | - | | | | | | 200.00 |

Sheet no. __2___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,400.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MCK Services, Inc.** _____,   Case No. ____**09-73432**____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Comcast Cable** | | | | **Comcast Cable**<br>**4450 Kishwaukee Street**<br>**Rockford, IL 61109** | | | | |
| Account No.<br>**ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | | - | | Utilities | | | | **50.00** |
| Account No.<br>**Country  Companies**<br>**POB 2100**<br>**Bloomington, IL 61702** | | - | | Insurance coverages | | | | **Unknown** |
| Account No.<br>**Craig Kraft**<br>**420 West Street**<br>**Davis, IL 61019** | | - | | Personal loan | | | | **250,000.00** |
| Account No.<br>**Cropp's Door Services**<br>**5183 Harlem Rd.**<br>**Loves Park, IL 61111** | | - | | Services rendered | | | | **3,900.00** |

Sheet no. __**3**__ of __**9**__ sheets attached to Schedule of                    Subtotal                 | **253,950.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MCK Services, Inc.**                                              ,   Case No.   **09-73432**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit card purchases | | | | |
| Discover PO Box 30395 Salt Lake City, UT 84130-0395 | | - | | | | | 5,700.00 |
| Account No. | | | Commercial loan | | | | |
| Fifth Third Bank Chicago PO Box 630337 Cincinnati, OH 45263-0337 | X | - | | | | | 793,000.00 |
| Account No. | | | 5th 3rd Bank--Mr. Scott Brod 111 Lyon Street NW MDRMNR21 Grand Rapids, MI 49503 | | | | |
| Representing: Fifth Third Bank | | | | | | | |
| Account No. | | | Overdrafts | | | | |
| Fifth Third Bank (Chicago) POB 630900 Cincinnati, OH 45263 | | - | | | | | 2,000.00 |
| Account No. | | | Credit card purchases | | | | |
| First Equity Card Corp. PO Box 23029 Columbus, GA 31901 | | - | | | | | 10.00 |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **800,710.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MCK Services, Inc.** _____,    Case No.    **09-73432** _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | - | **Credit card purchases** | | | | 800.00 |
| Account No.<br><br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | - | **Farm & Fleet Credit card purchases** | | | | 800.00 |
| Account No.<br><br>**Gerdau**<br>**Belvidere Reinforcing Steel**<br>**2595 Tripp Rd.**<br>**Belvidere, IL 61008** | | - | | | | | 600.00 |
| Account No.<br><br>**Representing:**<br>**Gerdau** | | | **Gerdau Ameristeel**<br>**POB 31328**<br>**Tampa, FL 33631** | | | | |
| Account No.<br><br>**Representing:**<br>**Gerdau** | | | **Gerdau Ameristeel**<br>**POB 774278**<br>**4278 Solutions Center**<br>**Chicago, IL 60677** | | | | |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,200.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MCK Services, Inc.**                                                    ,      Case No. ___**09-73432**___
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services rendered | | | | |
| **Gills Freeport Disposal** **PO Box 673042** **Milwaukee, WI 53267-3042** | - | | | | | | | | 100.00 |
| Account No. | | | | | Consulting services | | | | |
| **Maxus Corporate Finance  LLC** **111 West Main St. Suite 2B** **Carmel, IN 46032** | - | | | | | | | | 9,000.00 |
| Account No. | | | | | **Atty Susan McGinty** **22 East Washington, Suite 600** **Indianapolis, IN 46204** | | | | |
| **Representing:** **Maxus Corporate Finance  LLC** | | | | | | | | | |
| Account No. | | | | | Credit card purchases | | | | |
| **Menards** **Retail Services** **PO Box 17602** **Baltimore, MD 21297-1602** | - | | | | | | | | 1,000.00 |
| Account No. | | | | | Lease obligation | | | | |
| **Merlin Kraft** **516 North 3rd Ave** **Freeport, IL 61032** | - | | | | | | | | Unknown |

Sheet no. __**6**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,100.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MCK Services, Inc.** _____,   Case No. ____**09-73432**____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Merlin Kraft** | | | | **Atty George Enstrom**<br>**10 North Chicago Ave**<br>**Freeport, IL 61032** | | | | |
| Account No.<br><br>**Mobil**<br>**PO Box 4555**<br>**Carol Stream, IL 60197-4555** | | - | | **Credit card purchases** | | | | 4,600.00 |
| Account No.<br><br>**Nicor Gas**<br>**PO Box 163250**<br>**Columbus, OH 43216** | | - | | **Utilities** | | | | 50.00 |
| Account No.<br><br>**PDC - Precision Drive & Control**<br>**PO Box 537**<br>**Monroe, WI 53566** | | - | | **Services rendered** | | | | 100.00 |
| Account No.<br><br>**Richard Lindemann, CPA**<br>**914 17th Avenue**<br>**Monroe, WI 53566** | | - | | **Professional services** | | | | 1,900.00 |

Sheet no. __**7**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **6,650.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MCK Services, Inc.**                              ,    Case No.    **09-73432**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Sprint**<br>**PO Box 8077**<br>**London, KY 40742** | | - | | Services rendered | | | | 700.00 |
| Account No.<br><br>**Verizon North**<br>**PO Box 33052**<br>**Saint Petersburg, FL 33701** | | - | | Services rendered | | | | 50.00 |
| Account No.<br><br>**Representing:**<br>**Verizon North** | | | | **Verizon North**<br>**PO Box 9688**<br>**Mission Hills, CA 91346** | | | | |
| Account No.<br><br>**Wells Fargo Business Direct**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | | - | | Credit card purchases | | | | 1,000.00 |
| Account No.<br><br>**Wells Fargo Card Service**<br>**PO Box 6412**<br>**Carol Stream, IL 60197** | | - | | Credit card purchases | | | | 56,500.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,250.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MCK Services, Inc.**                                        ,      Case No.   **09-73432**
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Wells Fargo Card Service** | | | | **Wells Fargo Payment Remittance**<br>**POB 54349**<br>**Los Angeles, CA 90054** | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **0.00** |
| Total<br>(Report on Summary of Schedules) | | **1,172,910.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **MCK Services, Inc.**                                                        ,    Case No.    **09-73432**

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Christine and Merlin Kraft**<br>**Freeport, IL 61032** | **Lease for commercial building and space at 575 Henderson Road, 516 North 3rd Avenue, 518 North 3rd Avenue, and 520 North 3rd  Avenue, and Lewis Ave, all Freeeport, IL for approx. $2100 per month.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re  **MCK Services, Inc.**                                                                    Case No.    **09-73432**
                                                                              ,
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christine Kraft**<br>**516 North 3rd**<br>**Freeport, IL 61032** | **#498 of the Bridge, Structural,**<br>**Ornamental and Reinforcing Workers**<br>**Patrick Ryan  200 W. Adams #2200**<br>**Chicago, IL 60606** |
| **Christine Kraft**<br>**516 North 3rd**<br>**Freeport, IL 61032** | **Tri-State Welfare Fund**<br>**C/O Patrick Ryan**<br>**200 West Adams, #2200**<br>**Chicago, IL 60606** |
| **Christine Kraft**<br>**516 North 3rd**<br>**Freeport, IL 61032** | **Iron Workers Mid America**<br>**Supplemental Monthly Annuity Fund**<br>**Patrick Ryan, 200 W. Adams, #2200**<br>**Chicago, IL 60606** |
| **Christine Kraft**<br>**516 North 3rd**<br>**Freeport, IL 61032** | **Fifth Third Bank**<br>**Chicago**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** |
| **Christine Kraft**<br>**516 North 3rd**<br>**Freeport, IL 61032** | **Iron Workers Mid America**<br>**Patrick Ryan, 200 W. Adams, #2200**<br>**Chicago, IL 60606** |
| **Christine Kraft**<br>**516 North 3rd**<br>**Freeport, IL 61032** | **Midwest Operating Engineers**<br>**Fringe Benefits Fund**<br>**6150 Joliet Road**<br>**La Grange, IL 60525** |
| **Merlin Kraft**<br>**C/O Atty George Enstrom**<br>**10 N. Chicago**<br>**Freeport, IL 61032** | **Fifth Third Bank**<br>**Chicago**<br>**PO Box 630337**<br>**Cincinnati, OH 45263-0337** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MCK Services, Inc.**                                              Case No.   **09-73432**

                                            Debtor(s)          Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>  31  </u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  <u>**August 26, 2009**</u>                Signature    <u>**/s/ Christine Kraft**</u>

                                                                 **Christine Kraft**

                                                                 **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **MCK Services, Inc.**                Case No.    **09-73432**

                          Debtor(s)              Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,884,908.00** | **2007** |
| **$2,956,282.00** | **2008** |
| **$749,000.00** | **2009 (P/L Jan-May 2009) ($749,000 gross profit; Net loss of approx. $160,000) (June -Present figures are being worked on by accountant)** |

2

**2. Income other than from employment or operation of business**

None
■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Fifth Third Bank (Chicago) POB 630900 Cincinnati, OH 45263** | **5/12/09** | **$7,500.00** | **$0.00** |
| **Iron Workers Mid America Pension Plan 2350 East 170th Street Lansing, IL 60438** | **5/15/09** | **$7,954.00** | **$0.00** |
| **Iron Workers Mid America Supplemental Monthly Annuity Fund  Patrick Ryan, 200 W. Adams, #2200 Chicago, IL 60606** | **5/15/09** | **$8,145.00** | **$0.00** |
| **Midwest Operating Engineers Fringe Benefits Fund 6150 Joliet Road La Grange, IL 60525** | **5/15/09** | **$3,353.00** | **$0.00** |
| **Midwest Operating Engineers Fringe Benefits Fund 6150 Joliet Road La Grange, IL 60525** | **5/15/09** | **$14,274.00** | **$0.00** |
| **Iron Workers Mid America Pension Plan 2350 East 170th Street Lansing, IL 60438** | **5/15/09** | **$21,042.00** | **$0.00** |
| **Fifth Third Bank (Chicago) POB 630900 Cincinnati, OH 45263** | **7/02/09** | **$11,442.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Iron Workers Local #498 Fringe Benefits Fund, C/O Patrick Ryan 200 West Adams, #2200 Chicago, IL 60606** | **5/15/09** | **$15,572.00** | **$0.00** |
| **Iron Workers Local #498 Fringe Benefits Fund, C/O Patrick Ryan 200 West Adams, #2200 Chicago, IL 60606** | **6/15/09** | **$18,905.00** | **$0.00** |
| **Iron Workers Local #498 Fringe Benefits Fund, C/O Patrick Ryan 200 West Adams, #2200 Chicago, IL 60606** | **6/15/09** | **$12,754.00** | **$0.00** |
| **Fifth Third Bank (Chicago) POB 630900 Cincinnati, OH 45263** | **5/6/09** | **$9,419.00** | **$0.00** |
| **Iron Workers Local #498 Fringe Benefits Fund, C/O Patrick Ryan 200 West Adams, #2200 Chicago, IL 60606** | **5/29/09** | **$19,683.00** | **$0.00** |
| **United States Treasury** | **7/30/09 payment for 1040 taxes** | **$25,302.00** | **$0.00** |
| **Illinois Department Employment Security** | **7/17/09** | **$6,777.00** | **$0.00** |
| **Fifth Third Bank (Chicago) POB 630900 Cincinnati, OH 45263** | **5/20/09** | **$22,000.00** | **$0.00** |
| **Fifth Third Bank (Chicago) POB 630900 Cincinnati, OH 45263** | **5/12/09** | **$9,000.00** | **$0.00** |
| **Iron Workers Mid America Supplemental Monthly Annuity Fund Patrick Ryan, 200 W. Adams, #2200 Chicago, IL 60606** | **7/8/09** | **$7,000.00** | **$0.00** |

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Iron Workers Mid America Pension Plan, et al v. MCK Services, Inc. and Christine Kraft 09C4282** | **Civil suit** | **United States District Court, Eastern Div., Chicago, IL** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5.  Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Mark E. Zaleski**<br>**Attorney at Law**<br>**10 N. Galena Ave., #220**<br>**Freeport, IL 61032** | **8/09** | **$299 filing fee; $2701 atty fees** |

**10. Other transfers**

None ■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14.  Property held for another person**

None
■        List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■        If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■        a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■        b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■        c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **MCK Services Inc** | **43-2115525** | **575 North Henderson Road Freeport, IL 61032** | **Concrete reinforcing services** | **2003-8/09** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Richard Lindeman CPA LLC 914 17th Ave Monroe, WI 53566** | **2007-2008 Federal income tax preparation** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Richard Lindeman** | **See above** |
| **Christine Kraft** | **See above** |

8

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **Spring 2009** | | |

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Spring 2009** | **Christine Kraft** |

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Christine Kraft**<br>**Freeport, IL 61032** | **President** | **100% shareholder** |

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Iron Workers Mid-America Pension Plan** | **Unknown** |
| **Iron Workers Mid America Supplemental Monthly Annuity Fund** | **Unknown** |
| **Iron Workers Local #498 Fringe Benefits Fund** | **Unknown** |
| **Iron Workers Local Union No. 498 of the Bridge, Structural and Ornamental Reinforcing Iron Workers** | **Unknown** |

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 26, 2009**                       Signature     **/s/ Christine Kraft**
                                                               **Christine Kraft**
                                                               **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **MCK Services, Inc.**                          Case No.    **09-73432**

                            Debtor(s)            Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,701.00** |
| Prior to the filing of this statement I have received | $ | **2,701.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 26, 2009**                      **/s/ Attorney Mark E. Zaleski**
                                                   **Attorney Mark E. Zaleski**
                                                   **Attorney Mark E. Zaleski**
                                                   **10 N. Galena Avenue**
                                                   **Suite 220**
                                                   **Freeport, IL 61032**
                                                   **815-233-0995  Fax: 815-232-3227**
                                                   **attyzaleski@crjinc.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MCK Services, Inc.** _____          Case No.   **09-73432** _____

_____ Debtor(s)          Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **50**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 26, 2009** _____          **/s/ Christine Kraft** _____
**Christine Kraft**/**President**
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

| | | |
|---|---|---|
| In re   **MCK Services, Inc.** | Case No. | **09-73432** |
| Debtor(s) | Chapter | **7** |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MCK Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 26, 2009** | **/s/ Attorney Mark E. Zaleski** |
| Date | **Attorney Mark E. Zaleski** |
| | Signature of Attorney or Litigant |
| | Counsel for   **MCK Services, Inc.** |
| | **Attorney Mark E. Zaleski** |
| | **10 N. Galena Avenue** |
| | **Suite 220** |
| | **Freeport, IL 61032** |
| | **815-233-0995 Fax:815-232-3227** |
| | **attyzaleski@crjinc.com** |