UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | In Bankruptcy Under Chapter 7 |
| ) | |
| MCK SERVICES, INC., ) | Case No. 09 B 73432 |
| ) | |
| Debtor. ) | Judge Manuel Barbosa |

## NOTICE OF MOTION TO EMPLOY AUCTIONEER AND TO SELL VEHICLES AND TRAILERS

James E. Stevens has filed papers with the Court to EMPLOY AUCTIONEER AND TO SELL VEHICLES AND TRAILERS.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, then you or your attorney must:

1. File a written response to the above Motion on or before the date set for the hearing on the Motion at the United States Bankruptcy Court, 211 South Court Street, Rockford, IL 61101; OR,
2. Attend the hearing scheduled to be held on **NOVEMBER 25, 2009, 2009 AT 9:30 A.M.** United States Bankruptcy Court, Federal Building, Courtroom 115, 211 South Court Street, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:   ATTORNEY JAMES E. STEVENS
BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108

If you file a response, attend the hearing on the Motion, scheduled to be held on **NOVEMBER 25, 2009 at 9:30 A.M.** . at the United States Bankruptcy Court, Federal Building, Courtroom 115, 211 South Court Street, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and grant the same.

Dated:   November 3, 2009        /s/ James E. Stevens
ATTORNEY JAMES E. STEVENS
BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108

STATE OF ILLINOIS           )
                            ) SS.   **PROOF OF SERVICE**
COUNTY OF WINNEBAGO         )

The undersigned, being first duly sworn on oath, deposes and says that she served the within document upon:

SEE ATTACHED SERVICE LIST

by placing a true and correct copy of said document in an envelope, each addressed as is shown above or via electronic filing.

That she sealed said envelopes and placed sufficient U.S. postage on each; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on the 3rd day of November, 2009, or filed electronically.

/s/ Nancy L. Hrynkow

SUBSCRIBED and SWORN to before me this 3rd day of November, 2009.

/s/ Susan Coffman

Fifth Third Bank
c/o Kamm, Shapiro & Demuth
17 North State St.
Suite 990
Chicago, IL 60602-3569

MCK Services, Inc.
POB 556
Freeport, IL 61032-0556

U.S. Bankruptcy Court
Western Division
211 S. Court Street
Rockford, IL 61101-1219

#498 of the Bridge, Structural,
Ornamental and Reinforcing Workers
Patrick Ryan  200 W. Adams #2200
Chicago, IL 60606

(NICOR) Northern Illinois Gas
Attention Bankruptcy & Collections
PO Box 549
Aurora, IL 60507-0549

5th 3rd Bank-Mr Scott Brod
111 Lyon Street NW
MDRMNR21
Grand Rapids, MI 49503-2406

ADVANTA
WELSH AND MCKEAN RD
P O BOX 844
SPRING HOUSE, PA 19477-0844

Atty George Enstrom
10 North Chicago Ave
Freeport, IL 61032-4248

BHFX
80 West Seegers Rd.
Arlington Heights, IL 60005-3917

Bank of America
PO Box 15710
Wilmington, DE 19886-5710

Car Quest
PO Box 26006
Raleigh, NC 27611-6006

Car Quest of Freeport
11 S. Liberty
Freeport, IL 61032-4204

CarQuest Auto Parts Stores
PO Box 503628
Saint Louis, MO 63150-0001

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Chase - BP
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Christine Kraft
516 North 3rd
Freeport, IL 61032-8949

Christine Kraft
516 North 3rd Ave.
Freeport, IL 61032-8949

Christine and Merlin Kraft
Freeport, IL 61032

Citi Cards
PO Box 688902
Des Moines, IA 50368-8902

ComEd
Bill Payment Center
Chicago, IL 60668-0001

ComEd Company
Attn Revenue Management Dept
2100 Swift Drive
Oak Brook, IL 60523-1559

Comcast Cable
4450 Kishwaukee Street
Rockford, IL 61109-2944

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

Country Companies
POB 2100
Bloomington, IL 61702-2100

Craig Kraft
420 West Street
Davis, IL 61019

Cropp's Door Services
5183 Harlem Rd.
Loves Park, IL 61111-3448

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY, OH 43054-3025

Fifth Third Bank (Chicago)
POB 630900
Cincinnati, OH 45263-0900

Fifth Third Bank Chiago
POB 630337
Cincinnati, OH 45263-0337

Fifth Third Bank c/o Kamm, Shapiro &
17 North State Street, Suite 990
Chicago Illinois, IL 60602-3569

First Equity Card Corp.
PO Box 23029
Columbus, GA 31902-3029

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

Gerdau
Belvidere Reinforcing Steel
2595 Tripp Rd.
Belvidere, IL 61008-7206

Gerdau Ameristeel
POB 31328
Tampa, FL 33631-3328

Gerdau Ameristeel
POB 774278
4278 Solutions Center
Chicago, IL 60677-4002

Gills Freeport Disposal
PO Box 673042
Milwaukee, WI 53267-0001

Iron Workers Local #498 Fringe
Benefits Fund, C/O Patrick Ryan
200 West Adams, #2200
Chicago, IL 60606-5231

Iron Workers Mid America
Pension Plan
2350 East 170th Street
Lansing, IL 60438-1000

Iron Workers Mid America
Supplemental Monthly Annuity Fund
Patrick Ryan, 200 W. Adams, #2200
Chicago, IL 60606-5231

Maxus Corporate Finance LLC
111 West Main St Suite 2B
Carmel, IN 46032-2034

Maxus Corporate Finance LLC
Atty Susan McGinty
22 East Washington Suite 600
Indianapolis, IN 46204-3587

Menards
Retail Services
PO Box 17602
Baltimore, MD 21297-1602

Merlin Kraft
516 North 3rd Ave
Freeport, IL 61032-8949

Merlin Kraft
Atty George Enstrom
10 North Chicago Ave
Freeport, IL 61032-4248

Midwest Operating Engineers
Fringe Benefits Fund
6150 Joliet Road
La Grange, IL 60525-3956

Mobil
PO Box 4555
Carol Stream, IL 60197-4555

Nicor Gas
PO Box 163250
Columbus, OH 43216-3250

PDC - Precision Drive & Control
PO Box 537
Monroe, WI 53566-0537

Patrick Ryan
Baum Sigman Auerbach and Neuman
200 West Adams, #2200
Chicago, IL 60606-5231

Richard Lindemann, CPA
914 17th Avenue
Monroe, WI 53566-2003

Sprint
PO Box 8077
London, KY 40742-8077

Tri-State Welfare Fund
c/o Patrick Ryan
200 West Adams #2200
Chicago, IL 60606-5231

Verizon North
PO Box 33052
Saint Petersburg, FL 33733-8052

Verizon North
PO Box 9688
Mission Hills, CA 91346-9688

Wells Fargo Business Direct
PO Box 348750
Sacramento, CA 95834-8750

Wells Fargo Card Service
PO Box 6412
Carol Stream, IL 60197-6412

Wells Fargo Payment Remittance
POB 54349
Los Angeles, CA 90054-0349

James E Stevens
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108-2579

Mark Zaleski
Mark E. Zaleski, Attorney at Law
10 N Galena Avenue #220
Freeport, IL 61032-4360

| | | |
|---|---|---|
| William Neary<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | Advanta<br>PO Box 30715<br>Salt Lake City, UT 84130-0715 | Advanta Bank Corp<br>POB 8088<br>Philadelphia, PA 19101 |
| Discover<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MCK SERVICES, INC., | ) | Case No. 09 B 73432 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**MOTION TO EMPLOY AUCTIONEER AND**
**TO SELL VEHICLES AND TRAILERS**

NOW COMES the Trustee, by his attorney, JAMES E. STEVENS, and moves the Court for authorization to employ an auctioneer and to sell vehicles and trailers, and in support thereof states as follows:

1. The Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on August 14, 2009.

2. JAMES E. STEVENS is the duly qualified and acting Trustee in said Chapter 7 bankruptcy proceeding.

3. Included in the assets of the bankruptcy estate are many vehicles and several trailers.

4. The Trustee believes the best way to sell these vehicles and trailers is by auction.

5. Terry M. Firch, d/b/a Action Auctioneering, is a qualified auctioneer and is duly bonded.

6. Said Terry M. Firch has agreed to sell the aforesaid vehicles and trailers at public auction for compensation equaling 15% of the sale price, which includes the sales, marketing, set up and advertising plus miscellaneous costs

including but not limited to the hauler's bill and locksmith for rekeying several vehicles.

7.      Terry M. Firch does business under the name of Action Auctioneering at 1339 South Meridian Road, Rockford, IL 61102; he is a licensed automobile auctioneer.

8.      Said Terry M. Firch has no connection with the Debtor, creditors or any party in interest, its representatives, the United States Trustee's Office, or anybody employed in the Office of the United States Trustee.

9.      The Trustee believes that the proposed fee arrangement of 15% of the gross commission is fair and reasonable plus costs including but not limited to the hauler's bill and locksmith for rekeying several vehicles.

WHEREFORE, the Trustee moves the Court as follows:

A.      The Trustee be authorized to sell the vehicles and trailers at public auction to the best and highest bidder.

B.      The Trustee be authorized to employ the services of Terry M. Firch, d/b/a Action Auctioneering, as auctioneer for the bankruptcy estate.

C.      Terry M. Firch be compensated for his services to the bankruptcy estate by payment of a commission on the sale of said vehicle in the sum of 15% of the gross sale price which includes the sales, marketing, set up and advertising plus miscellaneous costs including but not limited to the hauler's bill and locksmith for rekeying several vehicles.

D.  The Trustee be authorized to expend such miscellaneous expenses as may be necessary in order to complete the transfer, including any appropriate seller's tax or title and licensing fees required of the seller in the ordinary course.

E.  The Court enter such other and further relief as may be appropriate.

/s/James E. Stevens
JAMES E. STEVENS

James E. Stevens
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-1758