UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | In Bankruptcy Under Chapter 7 |
| ) | |
| MCK SERVICES, INC., ) | Case No. 09 B 73432 |
| ) | |
| Debtor. ) | Judge Manuel Barbosa |

## AFFIDAVIT

I, TERRY M. FIRCH, d/b/a ACTION AUCTIONEERING, being first duly sworn, do hereby state under oath:

1. I have personal knowledge of the facts set forth below, and can testify that said facts are true and correct.

2. I am a personal property liquidator, and have knowledge of research regarding the fair market value of personal property, marketing personal property and selling the same, and I am authorized to make this Affidavit on my behalf. I have experience in researching, marketing and selling personal property.

3. I have reviewed the foregoing Application of James E. Stevens and I believe that the facts set forth in the Application regarding the proposed retention of myself and ACTION AUCTIONEERING are accurate. ACTION AUCTIONEERING has agreed to act as the exclusive sales agent, and will market and research the fair market value of the personal property listed in the Motion to Employ Auctioneer and to Sell Vehicles.

4. Notwithstanding the commission set forth in the foregoing Application, I understand that the Court may allow compensation different from the compensation agreed upon, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of affixing such terms and conditions.

1

5. To the best of my knowledge, information and belief, neither I, nor anyone employed by ACTION AUCTIONEERING hold or represent any interest averse to the estate. Neither I nor any agent holds any pre-petition claim against the estate. Neither I, nor ACTION AUCTIONEERING, nor any of its employees to my knowledge, represent, have any connection with any creditor or other party of interest in this case, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. Neither ACTION AUCTIONEERING nor I have any connection with the Debtors prior to the filing of the petition in this case except as mentioned above. I believe that ACTION AUCTIONEERING, its members and employees are disinterested persons for the purposes of rendering services on behalf of the estate as that term is defined in 11 U.S.C. Section 101 (14).

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NOT.

TERRY M. FIRCH

SUBSCRIBED and SWORN to before me this 2nd day of November, 2009.

NOTARY PUBLIC

"OFFICIAL SEAL"
Nancy L Hrynkow
Notary Public, State of Illinois
Commission Expires 6/19/2011

James E. Stevens
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-1758

2