UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MCK SERVICES, INC., | ) | Case No. 09 B 73432 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### ORDER TO EMPLOY AUCTIONEER AND TO SELL VEHICLES AND TRAILERS

THIS MATTER coming on to be heard on the Trustee's Motion to Employ Auctioneer and to Sell Vehicles and Trailers, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, as follows:

A. The Trustee is authorized to sell the vehicles and trailers at public auction to the best and highest bidder.

B. The Trustee is authorized to employ the services of Terry M. Firch dba Action Auctioneering, as auctioneer for the bankruptcy estate.

C. The Trustee is authorized to compensate Terry M. Firch for services to the bankruptcy estate by payment of a commission on the sale of said vehicles in the sum of 15% of the gross sales price which includes the sales, marketing, set up and advertising plus miscellaneous costs including but not limited to the hauler's bill and locksmith for rekeying several vehicles.

D. The Trustee is authorized to expend such miscellaneous expenses as may be necessary in order to complete the transfer, including any appropriate seller's tax or title and licensing fees required of the seller in the ordinary course.

ENTERED: November 25, 2009

JUDGE MANUEL BARBOSA

BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS (26)
6833 STALTER DRIVE

ROCKFORD, IL 61108
(815) 962-6611