### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MCK SERVICES, INC., | ) | Case No. 09 B 73432 |
| | ) | |
| Debtor. | ) | Honorable Manuel Barbosa |
| | ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter having come before the Court on the Motion of the Iron Workers' Mid-America Pension Plan, *et al.* ("Creditors"), for relief from the automatic stay to pursue its rights under the Illinois Mechanics Lien Act, Illinois Public Construction Bond Act, and/or Federal Miller Act, due and proper notice having been given to all parties entitled thereto, and the Court being advised on the premises;

**IT IS HEREBY ORDERED THAT:**

A. The Motion is granted.

B. The automatic stay in this case is lifted to permit Creditors to take all necessary action to pursue its mechanics lien and bond rights to recover unpaid fringe benefit contributions and working assessments for work performed by its bargaining unit members on the Project identified belof, including naming James E. Stevens, as Trustee for the Debtor, as a necessary party in a suit to enforce such rights, though no recovery shall be had against the assets of the Debtor or its Estate.

C. The Projects which the Creditors may pursue lien and bond rights are:

| Project Description | Project Owner | General Contractor |
|---|---|---|
| Water Treatment Improvements - Group 2 - NT ("Rockford Project") | City of Rockford | Sjostrom & Sons, Inc. |
| United States Federal Courthouse Project ("GSA Project") | United States General Services Administration | Caddell Construction Company, Inc. |
| General Work, Construct Chiller Plan/Replace Various Chillers; East Campus, Phase III; Northern Illinois University; Dekalb, Dekalb County, Illinois ("CDB Project") | Illinois Capital Development Board | River City Construction, LLC |
| Hampshire Wastewater Treatment Facility 2.76 MGD Expansion ("Hampshire Project") | Village of Hampshire | Whittaker Construction & Excavating, Inc. |

ENTERED: JAN 4 2010

JUDGE

Prepared by:

Patrick N. Ryan
Attorney for Creditors
ARDC No. 6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MJDJ\MCK Services\order relief from stay.pnr.mgp.wpd