UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MCK SERVICES, INC., | ) | Case No. 09 B 73432 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### ORDER TO EMPLOY ACCOUNTANT

THIS MATTER coming on to be heard on the Motion to Employ Accountant filed herein by the Chapter 7 Trustee, JAMES E. STEVENS, notice having been sent to all parties of interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to employ the accounting firm of McGladrey & Pullen, LLP, generally, and Patrick Shaw, in particular, as the certified public accountant to render services in the preparation of the necessary income tax returns of the Debtors with compensation to be paid as an administrative expense in such amounts as the Court may hereinafter determine and allow.

ENTERED: MAR 10 2010

JUDGE MANUEL BARBOSA

James E. Stevens
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687