IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MCK SERVICES, INC., | ) | Case No. 09 B 73432 |
| | ) | |
| Debtor. | ) | Honorable Manuel Barbosa |
| | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

This matter having come before the Court on the Motion of the Iron Workers' Mid-America Pension Plan, *et al.* ("Creditors"), for approval of settlement agreements reached by creditors as to certain of their claims under the Illinois Mechanics Lien Act, and Illinois Public Construction Bond Act, due and proper notice having been given to all parties entitled thereto, and the Court being advised on the premises;

**IT IS HEREBY ORDERED THAT:**

A.    The motion is granted and the settlement agreements are approved as drafted.

ENTERED: JUN 16 2010

JUDGE

Prepared by:

Patrick N. Ryan
Attorney for Creditors
ARDC No. 6278364
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\MCK Services\order approving settlement.pnr.wpd