**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MCK SERVICES, INC. | § | Case No. 09-73432 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 14, 2009. The undersigned trustee was appointed on September 21, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         81,354.48

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 23,429.92 |
| Bank service fees | 362.58 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 57,561.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     6. The deadline for filing non-governmental claims in this case was 01/14/2010 and the deadline for filing governmental claims was 01/14/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,317.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $7,317.72, for a total compensation of $7,317.72.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/20/2011     By:/s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.

**Period Ending:** 10/20/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/09 (f)  
**§341(a) Meeting Date:** 09/17/09  
**Claims Bar Date:** 01/14/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account #7232238548 at 5th 3rd Bank, Fr | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account #071118798 at Community Bank of | 50,000.00 | 26,975.00 | DA | 26,975.00 | FA |
| 3 | Checking account at State Bank of Davis | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Possible refunds for cancelled workers comp and | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | Funds being held as retainage for jobs completed | 244,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Money owed for work completed and invoiced. | 217,735.00 | 0.00 | DA | 1,836.00 | FA |
| 7 | Possible refund for 941 tax overpayments | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | See attached list of vehicles, trailers, etc (th | 120,000.00 | Unknown | DA | 52,500.00 | FA |
| 9 | See attached inventory of business equipment (se | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 43.48 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$634,235.00** | **$26,975.00** | | **$81,354.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 31, 2009    **Current Projected Date Of Final Report (TFR):**    October 12, 2011  (Actual)

Printed: 10/20/2011 07:57 AM    V.12.57

Case 09-73432   Doc 52   Filed 10/20/11   Entered 10/20/11 14:26:46   Desc Main
Document      Page 4 of 17

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.  
**Taxpayer ID #:** **-***5525  
**Period Ending:** 10/20/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****52-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/24/09 | {2} | Community Bank of Orangeville | balance of proceeds in checking account | | 1129-000 | 26,975.00 | | 26,975.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 0.22 | | 26,975.22 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.10 | | 26,976.32 |
| 11/09/09 | {6} | Joseph J. Henderson | subcontractor monies from City of Marseilles | | 1129-000 | 1,836.00 | | 28,812.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.18 | | 28,813.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.21 | | 28,814.71 |
| 01/26/10 | {8} | Action Auctioneering | sale of vehicles | | 1129-000 | 52,500.00 | | 81,314.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 1.27 | | 81,315.98 |
| 02/18/10 | 1001 | Terry Firch | payment of auctioneerig fees and costs | | | | 15,748.56 | 65,567.42 |
| | | | Auctioneer fee | 7,875.00 | 3610-000 | | | 65,567.42 |
| | | | towing expense | 6,900.00 | 3620-000 | | | 65,567.42 |
| | | | re-Keying cost | 607.75 | 3620-000 | | | 65,567.42 |
| | | | batteries and starter | 365.81 | 3620-000 | | | 65,567.42 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 3.05 | | 65,570.47 |
| 03/15/10 | 1002 | United States Treasury | Form 941 payment | | 2690-730 | | 5,372.48 | 60,197.99 |
| 03/15/10 | 1003 | Illinois Department of Revenue | IL-941 taxes due | | 2690-730 | | 101.99 | 60,096.00 |
| 03/15/10 | 1004 | I.D.E.S. | UC3-40 payment | | 2690-730 | | 705.76 | 59,390.24 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | | 1270-000 | 2.83 | | 59,393.07 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | | 1270-000 | 0.40 | | 59,393.47 |
| 04/06/10 | | Wire out to BNYM account 9200******5265 | Wire out to BNYM account 9200******5265 | | 9999-000 | -59,393.47 | | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 21,928.79 | 21,928.79  $0.00 |
| Less: Bank Transfers | -59,393.47 | 0.00 |
| **Subtotal** | 81,322.26 | 21,928.79 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$81,322.26** | **$21,928.79** |

{} Asset reference(s)

Printed: 10/20/2011 07:57 AM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.  
**Taxpayer ID #:** **-***5525  
**Period Ending:** 10/20/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-65 - Money Market Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5265 | Wire in from JPMorgan Chase Bank, N.A. account ********5265 | 9999-000 | 59,393.47 | | 59,393.47 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.84 | | 59,396.31 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,399.84 |
| 06/08/10 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73432, Bond #016018067 | 2300-000 | | 56.05 | 59,343.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.42 | | 59,347.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,350.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.52 | | 59,354.26 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 59,355.72 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,357.23 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 59,358.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,360.20 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,361.71 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 59,363.07 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,364.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 59,366.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,367.55 |
| 05/31/11 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73432, Bond #016018067 | 2300-000 | | 50.08 | 59,317.47 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 59,317.95 |
| 07/20/11 | 11007 | RSM MC GLADREY, INC. | PAYMENT FOR ACCOUNTING SERVICES PER ORDER 7/20/11 | 3310-000 | | 1,395.00 | 57,922.95 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.50 | | 57,923.45 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.38 | 57,810.07 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,810.56 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 134.66 | 57,675.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.97 | 57,679.87 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 57,680.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.51 | 57,561.83 |
| 10/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 57,561.98 |
| 10/11/11 | | To Account #9200******5266 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 57,561.98 | 0.00 |

Subtotals :  $59,425.69   $59,425.69

{} Asset reference(s)

Printed: 10/20/2011 07:57 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-73432 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | MCK SERVICES, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******52-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5525 | | **Blanket Bond:** | $372,000.00   (per case limit) |
| **Period Ending:** | 10/20/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 59,425.69 | 59,425.69 | $0.00 |
| | | | Less: Bank Transfers | | 59,393.47 | 57,561.98 | |
| | | | **Subtotal** | | **32.22** | **1,863.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32.22** | **$1,863.71** | |

{} Asset reference(s)                                                                           Printed: 10/20/2011 07:57 AM   V.12.57

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.

**Taxpayer ID #:** **-***5525  
**Period Ending:** 10/20/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/11 | | From Account #9200******5265 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 57,561.98 | | 57,561.98 |
| | | | **ACCOUNT TOTALS** | | 57,561.98 | 0.00 | **$57,561.98** |
| | | | Less: Bank Transfers | | 57,561.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****52-65** | 81,322.26 | 21,928.79 | 0.00 |
| **MMA # 9200-******52-65** | 32.22 | 1,863.71 | 0.00 |
| **Checking # 9200-******52-66** | 0.00 | 0.00 | 57,561.98 |
| | **$81,354.48** | **$23,792.50** | **$57,561.98** |

{} Asset reference(s)

Printed: 10/20/2011 07:57 AM V.12.57

Printed: 10/20/11 07:58 AM

# Claims Distribution Register

Page: 1

## Case:  09-73432   MCK SERVICES, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 4S | 10/30/09 | 100 | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd.<br>17 North State Street, Suite 990<br>Chicago, IL 60602<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>CLAIM NO. 4 S IS ALLOWED AS A SECURED CLAIM BUT DISALLOWED FOR PURPOSES OF DISTRIBUTION, THE BANKRUPTCY CODE HAVING NO PROVISION FOR PAYMENT OF SECURED CLAIMS OUT OF THE GENERAL FUNDS IN THE CHAPTER 7 BANRUPTCY ESTATE. | 615,748.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 08/14/09 | 200 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 7,958.00 | 7,958.00 | 0.00 | 7,958.00 | 7,958.00 |
| | 08/14/09 | 200 | BARRICK, SWITZER, ET AL.<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 72.50 | 72.50 | 0.00 | 72.50 | 72.50 |
| | 08/14/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 7,317.72 | 7,317.72 | 0.00 | 7,317.72 | 7,317.72 |
| | 08/14/09 | 200 | U.S. Bankruptcy Court<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)><br>Fee Deferred Adversary | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | | | **Total for Priority 200:   100% Paid** | **$15,598.22** | **$15,598.22** | **$0.00** | **$15,598.22** | **$15,598.22** |
| | | | **Total for Admin Ch.  7 Claims:** | **$15,598.22** | **$15,598.22** | **$0.00** | **$15,598.22** | **$15,598.22** |
| **Priority Claims:** | | | | | | | | |
| 6P | 11/05/09 | 520 | Operating Engineers Local 150 Apprenticeship Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui<br>Chicago, IL 60606<br><5400-00   Contributions to Employee Benefit Plans> | 387.70 | 387.70 | 0.00 | 387.70 | 80.70 |
| 7P | 11/05/09 | 520 | Construction Industry Research Service Trust Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui<br>Chicago, IL 60606<br><5400-00   Contributions to Employee Benefit Plans> | 58.30 | 58.30 | 0.00 | 58.30 | 12.14 |

Printed: 10/20/11 07:58 AM         **Claims Distribution Register**         Page: 2

### Case:  09-73432    MCK SERVICES, INC.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 8P | 11/05/09 | 520 | Midwest Operating Engineers Pension Trust Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt; | 2,162.10 | 2,162.10 | 0.00 | 2,162.10 | 450.06 |
| 9P | 11/05/09 | 520 | Midwest Operating Engineers Retirement Enhancement<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt; | 235.50 | 235.50 | 0.00 | 235.50 | 49.02 |
| 10P | 11/05/09 | 520 | Local 150, I.U.O.E. Vacation Savings Plan<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt; | 646.20 | 646.20 | 0.00 | 646.20 | 134.51 |
| 11P | 11/05/09 | 520 | Midwest Operating Engineers Welfare Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt; | 3,964.50 | 3,964.50 | 0.00 | 3,964.50 | 825.24 |
| 14P | 01/14/10 | 520 | Iron Workers Local 498 Pension Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams St., Suite Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt;<br>PURSUANT TO ORDER ENTERED 9/28/2011 | 100,833.00 | 11,725.00 | 0.00 | 11,725.00 | 2,440.64 |
| 15P | 01/14/10 | 520 | Iron Workers Local 498 Health & Welfare Trust<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams St., Suite Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt;<br>PURSUANT TO ORDER ENTERED 9/28/2011 | 76,334.19 | 11,725.00 | 0.00 | 11,725.00 | 2,440.64 |
| 16P | 01/14/10 | 520 | Local No. 498 Training Program Trust Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams St., Suite Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt;<br>PURSUANT TO ORDER ENTERED 9/28/2011 | 12,199.80 | 11,725.00 | 0.00 | 11,725.00 | 2,440.64 |
| 17P | 01/14/10 | 520 | Iron Workers Local Union No. 498<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams St., Suite Chicago, IL 60606<br>&lt;5400-00   Contributions to Employee Benefit Plans&gt;<br>PURSUANT TO ORDER ENTERED 9/28/2011 | 28,205.88 | 11,725.00 | 0.00 | 11,725.00 | 2,440.64 |

Printed: 10/20/11 07:58 AM  **Claims Distribution Register**  Page: 3

**Case: 09-73432   MCK SERVICES, INC.**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 18P | 01/14/10 | 520 | Iron Workers' Mid-America Pension Plan<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<5400-00   Contributions to Employee Benefit Plans\> | 54,801.31 | 54,801.31 | 0.00 | 54,801.31 | 11,407.29 |
| 19P | 01/14/10 | 520 | Iron Workers' Mid-America SMA Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<5400-00   Contributions to Employee Benefit Plans\> | 69,817.80 | 69,817.80 | 0.00 | 69,817.80 | 14,533.08 |
| 20P | 01/14/10 | 520 | Iron Workers' Tri-State Welfare Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<5400-00   Contributions to Employee Benefit Plans\> | 22,623.09 | 22,623.09 | 0.00 | 22,623.09 | 4,709.16 |
| | | | **Total for Priority 520:   20.81572% Paid** | **$372,269.37** | **$201,596.50** | **$0.00** | **$201,596.50** | **$41,963.76** |
| 22P | 05/20/10 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br>\<5800-00   Claims of Governmental Units\> | 479.60 | 479.60 | 0.00 | 479.60 | 0.00 |
| 24P | 09/28/10 | 570 | Department of Treasury<br>Internal Revenue Service,Centralized<br>Insolvency Operations,P.O. Box 21126<br>Philadelphia, PA 19114<br>\<5800-00   Claims of Governmental Units\> | 15,935.81 | 15,935.81 | 0.00 | 15,935.81 | 0.00 |
| 25P | 10/12/10 | 570 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901<br>\<5800-00   Claims of Governmental Units\> | 136.03 | 136.03 | 0.00 | 136.03 | 0.00 |
| | | | **Total for Priority 570:   0% Paid** | **$16,551.44** | **$16,551.44** | **$0.00** | **$16,551.44** | **$0.00** |
| | | | **Total for Priority Claims:** | **$388,820.81** | **$218,147.94** | **$0.00** | **$218,147.94** | **$41,963.76** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/23/09 | 610 | Maxus Corporate Finance LLC<br>111 West Main St Suite 2B<br>Carmel, IN 46032<br>\<7100-00   General Unsecured § 726(a)(2)\> | 9,000.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 |
| 2 | 10/23/09 | 610 | BHFX<br>80 West Seegers Rd.<br>Arlington Heights, IL 60005<br>\<7100-00   General Unsecured § 726(a)(2)\> | 100.96 | 100.96 | 0.00 | 100.96 | 0.00 |

Printed: 10/20/11 07:58 AM  **Claims Distribution Register**  Page: 4

### Case: 09-73432  MCK SERVICES, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 10/26/09 | 610 | Richard Lindemann, CPA<br>914 17th Avenue<br>Monroe, WI 53566<br><7100-00   General Unsecured § 726(a)(2)> | 3,002.00 | 3,002.00 | 0.00 | 3,002.00 | 0.00 |
| 4U | 10/30/09 | 610 | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd.<br>17 North State Street, Suite 990<br>Chicago, IL 60602<br><7100-00   General Unsecured § 726(a)(2)> | 206,893.74 | 206,893.74 | 0.00 | 206,893.74 | 0.00 |
| 5 | 11/02/09 | 610 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)> | 8,602.50 | 8,602.50 | 0.00 | 8,602.50 | 0.00 |
| 6U | 11/05/09 | 610 | Operating Engineers Local 150 Apprenticeship Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)> | 102.32 | 102.32 | 0.00 | 102.32 | 0.00 |
| 8U | 11/05/09 | 610 | Midwest Operating Engineers Pension Trust Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)> | 569.88 | 569.88 | 0.00 | 569.88 | 0.00 |
| 9U | 11/05/09 | 610 | Midwest Operating Engineers Retirement Enhancement<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)> | 317.53 | 317.53 | 0.00 | 317.53 | 0.00 |
| 10U | 11/05/09 | 610 | Local 150, I.U.O.E. Vacation Savings Plan<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)> | 164.52 | 164.52 | 0.00 | 164.52 | 0.00 |
| 11U | 11/05/09 | 610 | Midwest Operating Engineers Welfare Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o Patrick N. Ryan,200 W. Adams Street, Sui Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)> | 1,054.19 | 1,054.19 | 0.00 | 1,054.19 | 0.00 |
| 12 | 11/26/09 | 610 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 598.28 | 598.28 | 0.00 | 598.28 | 0.00 |

Printed: 10/20/11 07:58 AM　　　**Claims Distribution Register**　　　Page: 5

**Case:  09-73432    MCK SERVICES, INC.**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 13 | 01/05/10 | 610 | Craig Kraft<br>420 West Street<br>POB 216<br>Davis, IL 61019<br>\<7100-00   General Unsecured § 726(a)(2)\><br>Order Entered Disallowing 9/28/2011 | 265,000.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 14U | 01/14/10 | 610 | Iron Workers Local 498 Pension Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\><br>PURSUANT TO ORDER ENTERED 9/28/2011 | 39,472.51 | 89,108.00 | 0.00 | 89,108.00 | 0.00 |
| 15U | 01/14/10 | 610 | Iron Workers Local 498 Health & Welfare Trust<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\><br>PURSUANT TO ORDER ENTERED 9/28/2011 | 20,374.51 | 64,609.19 | 0.00 | 64,609.19 | 0.00 |
| 16U | 01/14/10 | 610 | Local No. 498 Training Program Trust Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\><br>PURSUANT TO ORDER ENTERED 9/28/2011 | 2,913.32 | 474.80 | 0.00 | 474.80 | 0.00 |
| 17U | 01/14/10 | 610 | Iron Workers Local Union No. 498<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\><br>PURSUANT TO ORDER ENTERED 9/28/2011 | 6,677.20 | 16,480.88 | 0.00 | 16,480.88 | 0.00 |
| 18U | 01/14/10 | 610 | Iron Workers' Mid-America Pension Plan<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\> | 28,542.34 | 28,542.34 | 0.00 | 28,542.34 | 0.00 |
| 19U | 01/14/10 | 610 | Iron Workers' Mid-America SMA Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\> | 28,130.70 | 28,130.70 | 0.00 | 28,130.70 | 0.00 |
| 20U | 01/14/10 | 610 | Iron Workers' Tri-State Welfare Fund<br>Baum Sigman Auerbach & Neuman, Ltd.,c/o<br>Patrick N. Ryan,200 W. Adams St., Suite<br>Chicago, IL 60606<br>\<7100-00   General Unsecured § 726(a)(2)\> | 2,661.92 | 2,661.92 | 0.00 | 2,661.92 | 0.00 |

(*) Denotes objection to Amount Filed

Printed: 10/20/11 07:58 AM

# Claims Distribution Register

Page: 6

Case: 09-73432 MCK SERVICES, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 23U | 08/14/09 | 610 | Illinois Department of Revenue<br>POB 64338<br>Chicago, IL 60664-0338<br><7100-00 General Unsecured § 726(a)(2)> | 736.50 | 736.50 | 0.00 | 736.50 | 0.00 |
| 24U | 09/28/10 | 610 | Department of Treasury<br>Internal Revenue Service,Centralized<br>Insolvency Operations,P.O. Box 21126<br>Philadelphia, PA 19114<br><7100-00 General Unsecured § 726(a)(2)> | 6,701.80 | 6,701.80 | 0.00 | 6,701.80 | 0.00 |
| 25U | 10/12/10 | 610 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>POB 8901<br>Madison, WI 53708-8901<br><7100-00 General Unsecured § 726(a)(2)> | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 |
| | | | **Total for Priority 610: 0% Paid** | **$631,716.72** | **$467,952.05** | **$0.00** | **$467,952.05** | **$0.00** |
| 21 | 02/09/10 | 620 | Cropp's Door Services<br>5183 Harlem Rd.<br>Loves Park, IL 61111<br><7200-00 Tardy General Unsecured § 726(a)(3)><br>Late filed claim | 3,875.00 | 3,875.00 | 0.00 | 3,875.00 | 0.00 |
| | | | **Priority 620: 0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$635,591.72** | **$471,827.05** | **$0.00** | **$471,827.05** | **$0.00** |
| | | | **Total for Case :** | **$1,655,759.56** | **$705,573.21** | **$0.00** | **$705,573.21** | **$57,561.98** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-73432
Case Name: MCK SERVICES, INC.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 57,561.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd. | 615,748.81 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 57,561.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 7,317.72 | 0.00 | 7,317.72 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 7,958.00 | 0.00 | 7,958.00 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, ET AL. | 72.50 | 0.00 | 72.50 |
| Attorney for Trustee Expenses - U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 15,598.22
Remaining balance: $ 41,963.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 41,963.76

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $218,147.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6P | Operating Engineers Local 150 Apprenticeship Fund | 387.70 | 0.00 | 80.70 |
| 7P | Construction Industry Research Service Trust Fund | 58.30 | 0.00 | 12.14 |
| 8P | Midwest Operating Engineers Pension Trust Fund | 2,162.10 | 0.00 | 450.06 |
| 9P | Midwest Operating Engineers Retirement Enhancement | 235.50 | 0.00 | 49.02 |
| 10P | Local 150, I.U.O.E. Vacation Savings Plan | 646.20 | 0.00 | 134.51 |
| 11P | Midwest Operating Engineers Welfare Fund | 3,964.50 | 0.00 | 825.24 |
| 14P | Iron Workers Local 498 Pension Fund | 11,725.00 | 0.00 | 2,440.64 |
| 15P | Iron Workers Local 498 Health & Welfare Trust | 11,725.00 | 0.00 | 2,440.64 |
| 16P | Local No. 498 Training Program Trust Fund | 11,725.00 | 0.00 | 2,440.64 |
| 17P | Iron Workers Local Union No. 498 | 11,725.00 | 0.00 | 2,440.64 |
| 18P | Iron Workers' Mid-America Pension Plan | 54,801.31 | 0.00 | 11,407.29 |
| 19P | Iron Workers' Mid-America SMA Fund | 69,817.80 | 0.00 | 14,533.08 |
| 20P | Iron Workers' Tri-State Welfare Fund | 22,623.09 | 0.00 | 4,709.16 |
| 22P | Illinois Department of Revenue | 479.60 | 0.00 | 0.00 |
| 24P | Department of Treasury | 15,935.81 | 0.00 | 0.00 |
| 25P | Wisconsin Department of Revenue | 136.03 | 0.00 | 0.00 |

Total to be paid for priority claims:   $   41,963.76
Remaining balance:   $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $467,952.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Maxus Corporate Finance LLC | 9,000.00 | 0.00 | 0.00 |
| 2 | BHFX | 100.96 | 0.00 | 0.00 |
| 3 | Richard Lindemann, CPA | 3,002.00 | 0.00 | 0.00 |
| 4U | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd. | 206,893.74 | 0.00 | 0.00 |
| 5 | Chase Bank USA NA | 8,602.50 | 0.00 | 0.00 |
| 6U | Operating Engineers Local 150 Apprenticeship Fund | 102.32 | 0.00 | 0.00 |
| 8U | Midwest Operating Engineers Pension Trust Fund | 569.88 | 0.00 | 0.00 |
| 9U | Midwest Operating Engineers Retirement Enhancement | 317.53 | 0.00 | 0.00 |
| 10U | Local 150, I.U.O.E. Vacation Savings Plan | 164.52 | 0.00 | 0.00 |
| 11U | Midwest Operating Engineers Welfare Fund | 1,054.19 | 0.00 | 0.00 |
| 12 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 598.28 | 0.00 | 0.00 |
| 14U | Iron Workers Local 498 Pension Fund | 89,108.00 | 0.00 | 0.00 |
| 15U | Iron Workers Local 498 Health & Welfare Trust | 64,609.19 | 0.00 | 0.00 |
| 16U | Local No. 498 Training Program Trust Fund | 474.80 | 0.00 | 0.00 |
| 17U | Iron Workers Local Union No. 498 | 16,480.88 | 0.00 | 0.00 |
| 18U | Iron Workers' Mid-America Pension Plan | 28,542.34 | 0.00 | 0.00 |
| 19U | Iron Workers' Mid-America SMA Fund | 28,130.70 | 0.00 | 0.00 |
| 20U | Iron Workers' Tri-State Welfare Fund | 2,661.92 | 0.00 | 0.00 |
| 23U | Illinois Department of Revenue | 736.50 | 0.00 | 0.00 |
| 24U | Department of Treasury | 6,701.80 | 0.00 | 0.00 |
| 25U | Wisconsin Department of Revenue | 100.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 3,875.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Cropp's Door Services | 3,875.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**