UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MCK SERVICES, INC.                                  §   Case No. 09-73432
                                                           §
                                                           §
Debtor(s)                                                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 01:00pm on 11/23/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  10/20/2011        By:  /s/JAMES E. STEVENS
                                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCK SERVICES, INC. § Case No. 09-73432
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 81,354.48

*and approved disbursements of* $ 23,792.50

*leaving a balance on hand of* [1] $ 57,561.98

**Balance on hand:** $ 57,561.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd. | 615,748.81 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 57,561.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 7,317.72 | 0.00 | 7,317.72 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 7,958.00 | 0.00 | 7,958.00 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER, ET AL. | 72.50 | 0.00 | 72.50 |
| Attorney for Trustee Expenses - U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 15,598.22
Remaining balance: $ 41,963.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 41,963.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $218,147.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Operating Engineers Local 150 Apprenticeship Fund | 387.70 | 0.00 | 80.70 |
| 7P | Construction Industry Research Service Trust Fund | 58.30 | 0.00 | 12.14 |
| 8P | Midwest Operating Engineers Pension Trust Fund | 2,162.10 | 0.00 | 450.06 |
| 9P | Midwest Operating Engineers Retirement Enhancement | 235.50 | 0.00 | 49.02 |
| 10P | Local 150, I.U.O.E. Vacation Savings Plan | 646.20 | 0.00 | 134.51 |
| 11P | Midwest Operating Engineers Welfare Fund | 3,964.50 | 0.00 | 825.24 |
| 14P | Iron Workers Local 498 Pension Fund | 11,725.00 | 0.00 | 2,440.64 |
| 15P | Iron Workers Local 498 Health & Welfare Trust | 11,725.00 | 0.00 | 2,440.64 |
| 16P | Local No. 498 Training Program Trust Fund | 11,725.00 | 0.00 | 2,440.64 |
| 17P | Iron Workers Local Union No. 498 | 11,725.00 | 0.00 | 2,440.64 |
| 18P | Iron Workers' Mid-America Pension Plan | 54,801.31 | 0.00 | 11,407.29 |
| 19P | Iron Workers' Mid-America SMA Fund | 69,817.80 | 0.00 | 14,533.08 |
| 20P | Iron Workers' Tri-State Welfare Fund | 22,623.09 | 0.00 | 4,709.16 |
| 22P | Illinois Department of Revenue | 479.60 | 0.00 | 0.00 |
| 24P | Department of Treasury | 15,935.81 | 0.00 | 0.00 |
| 25P | Wisconsin Department of Revenue | 136.03 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for priority claims: | $ 41,963.76 |
|---|---|---|---|
|  |  | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 467,952.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Maxus Corporate Finance LLC | 9,000.00 | 0.00 | 0.00 |
| 2 | BHFX | 100.96 | 0.00 | 0.00 |
| 3 | Richard Lindemann, CPA | 3,002.00 | 0.00 | 0.00 |
| 4U | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd. | 206,893.74 | 0.00 | 0.00 |
| 5 | Chase Bank USA NA | 8,602.50 | 0.00 | 0.00 |
| 6U | Operating Engineers Local 150 Apprenticeship Fund | 102.32 | 0.00 | 0.00 |
| 8U | Midwest Operating Engineers Pension Trust Fund | 569.88 | 0.00 | 0.00 |
| 9U | Midwest Operating Engineers Retirement Enhancement | 317.53 | 0.00 | 0.00 |
| 10U | Local 150, I.U.O.E. Vacation Savings Plan | 164.52 | 0.00 | 0.00 |
| 11U | Midwest Operating Engineers Welfare Fund | 1,054.19 | 0.00 | 0.00 |
| 12 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 598.28 | 0.00 | 0.00 |
| 14U | Iron Workers Local 498 Pension Fund | 89,108.00 | 0.00 | 0.00 |
| 15U | Iron Workers Local 498 Health & Welfare Trust | 64,609.19 | 0.00 | 0.00 |
| 16U | Local No. 498 Training Program Trust Fund | 474.80 | 0.00 | 0.00 |
| 17U | Iron Workers Local Union No. 498 | 16,480.88 | 0.00 | 0.00 |
| 18U | Iron Workers' Mid-America Pension Plan | 28,542.34 | 0.00 | 0.00 |
| 19U | Iron Workers' Mid-America SMA Fund | 28,130.70 | 0.00 | 0.00 |
| 20U | Iron Workers' Tri-State Welfare Fund | 2,661.92 | 0.00 | 0.00 |
| 23U | Illinois Department of Revenue | 736.50 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24U | Department of Treasury | 6,701.80 | 0.00 | 0.00 |
| 25U | Wisconsin Department of Revenue | 100.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 3,875.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Cropp's Door Services | 3,875.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                 Case No. 09-73432-MB
MCK Services, Inc.                                                     Chapter 7
      Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-3        User: lorsmith               Page 1 of 3                 Date Rcvd: Oct 21, 2011
                            Form ID: pdf006              Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
db          +MCK Services, Inc.,    POB 556,    Freeport, IL 61032-0556
14317474     #498 of the Bridge, Structural,,    Ornamental and Reinforcing Workers,
              Patrick Ryan   200 W. Adams #2200,    Chicago, IL 60606
14368976    +5th 3rd Bank-Mr Scott Brod,    111 Lyon Street NW,    MDRMNR21,    Grand Rapids MI 49503-2406
14317477    +Atty George Enstrom,    10 North Chicago Ave,    Freeport, IL 61032-4248
14317479    +BHFX,   80 West Seegers Rd.,    Arlington Heights, IL 60005-3917
14317478     Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
14888439    +Benjamin Scroggins,    % Anesi Ozman Rodin Novak,    161 No Clark   21st Flr,
              Chicago, Il 60601-3204
14878893    +Benjamin Scroggins,    C/O Anesi Ozman Rodin Novak,    161 North Clark , 21st Floor,
              Chicago, IL 60601-3204
14317480    +Car Quest,    PO Box 26006,    Raleigh, NC 27611-6006
14317481    +Car Quest of Freeport,    11 S. Liberty,    Freeport, IL 61032-4212
14317482    +CarQuest Auto Parts Stores,    PO Box 503628,    Saint Louis, MO 63150-3628
14317483     Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14317484     Chase - BP,    PO Box 15298,    Wilmington, DE 19850-5298
14677820     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14317487    +Christine Kraft,    516 North 3rd,    Freeport, IL 61032-8949
14317486    +Christine Kraft,    516 North 3rd Ave.,    Freeport, IL 61032-8949
14317485     Christine and Merlin Kraft,    Freeport, IL 61032
14317488     Citi Cards,    PO Box 688902,    Des Moines, IA 50368-8902
14317489    +Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
14689399    +Construction Industry Research Service Trust Fund,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14317492    +Country Companies,    POB 2100,    Bloomington, IL 61702-2100
14317493    +Craig Kraft,    420 West Street,    POB 216,    Davis, IL 61019-0216
14317494    +Cropp’s Door Services,    5183 Harlem Rd.,    Loves Park, IL 61111-3448
14317496    +Fifth Third Bank (Chicago),    POB 630900,    Cincinnati, OH 45263-0900
14368975     Fifth Third Bank Chiago,    POB 630337,    Cincinnati OH 45263-0337
14665735    +Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd.,     17 North State Street, Suite 990,
              Chicago, Illinois 60602-3569
14317497    +First Equity Card Corp.,    PO Box 23029,    Columbus, GA 31902-3029
14317499    +Gerdau, Belvidere Reinforcing Steel,    2595 Tripp Rd.,    Belvidere, IL 61008-7206
14317501    +Gerdau Ameristeel,    POB 774278,    4278 Solutions Center,    Chicago, IL 60677-4002
14317502     Gills Freeport Disposal,    PO Box 673042,    Milwaukee, WI 53267-3042
16187037   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of Treasury,     Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA   19114)
16142207   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     230 South Dearborn,    Stop5016,
              Chicago, IL 60604)
15602757     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
16142208     Internal Revenue Service,    Group 28, Stop 5228,    Rockford, IL 61101
14317503    +Iron Workers Local #498 Fringe,    Benefits Fund, C/O Patrick Ryan,    200 West Adams, #2200,
              Chicago, IL 60606-5231
14960583    +Iron Workers Local 498 Health & Welfare Trust,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick N. Ryan,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14960467    +Iron Workers Local 498 Pension Fund,     Baum Sigman Auerbach & Neuman, Ltd.,   c/o Patrick N. Ryan,
              200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14960588    +Iron Workers Local Union No. 498,    Baum Sigman Auerbach & Neuman, Ltd.,    c/o Patrick N. Ryan,
              200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14317504    +Iron Workers Mid America,    Pension Plan,    2350 East 170th Street,    Lansing, IL 60438-1000
14317505    +Iron Workers Mid America,    Supplemental Monthly Annuity Fund,
              Patrick Ryan, 200 W. Adams, #2200,    Chicago, IL 60606-5231
14960637    +Iron Workers’ Mid-America Pension Plan,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick N. Ryan,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14960686    +Iron Workers’ Mid-America SMA Fund,    Baum Sigman Auerbach & Neuman, Ltd.,    c/o Patrick N. Ryan,
              200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14960826    +Iron Workers’ Tri-State Welfare Fund,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick N. Ryan,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14689437    +Local 150, I.U.O.E. Vacation Savings Plan,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14960585    +Local No. 498 Training Program Trust Fund,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick N. Ryan,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
14368978     Maxus Corporate Finance LLC,    Gordon Castetter,    716 S Rangeline Rd, Ste 216,    Carmel IN 46032
14317506     Menards,   Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
14368979    +Merlin Kraft,    Atty George Enstrom,    10 North Chicago Ave,    Freeport IL 61032-4248
14317508    +Midwest Operating Engineers,    Fringe Benefits Fund,    6150 Joliet Road,
              La Grange, IL 60525-3956
14689406     Midwest Operating Engineers Pension Trust Fund,     Baum Sigman Auerbach & Neuman, Ltd.,
              c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                   Date Rcvd: Oct 21, 2011
                              Form ID: pdf006             Total Noticed: 75


14689413     +Midwest Operating Engineers Retirement Enhancement,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14689468     +Midwest Operating Engineers Welfare Fund,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14317510     +Nicor Gas,    PO Box 163250,    Columbus, OH 43216-3250
14689388     +Operating Engineers Local 150 Apprenticeship Fund,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14317512     +PDC - Precision Drive & Control,    PO Box 537,    Monroe, WI 53566-0537
14317511     +Patrick Ryan,    Baum Sigman Auerbach and Neuman,    200 West Adams, #2200,
               Chicago, IL 60606-5231
14317513     +Richard Lindemann, CPA,    914 17th Avenue,    Monroe, WI 53566-2003
14317514     +Sprint,    PO Box 8077,    London, KY 40742-8077
14368974     +Tri-State Welfare Fund,    c/o Patrick Ryan,    200 West Adams #2200,    Chicago IL 60606-5231
14317515     +Verizon North,    PO Box 33052,    Saint Petersburg, FL 33733-8052
14317517     +Wells Fargo Business Direct,    PO Box 348750,    Sacramento, CA 95834-8750
14317518     +Wells Fargo Card Service,    PO Box 6412,    Carol Stream, IL 60197-6412
14317519     +Wells Fargo Payment Remittance,    POB 54349,    Los Angeles, CA 90054-0349
16264060      Wisconsin Department of Revenue,    Special Procedures Unit,    POB 8901,    Madison WI 53708-8901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14368972     +E-mail/Text: bankrup@nicor.com Oct 22 2011 01:38:20      (NICOR) Northern Illinois Gas,
               Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
14317475      E-mail/Text: bkr@cardworks.com Oct 22 2011 01:39:18      Advanta,    PO Box 30715,
               Salt Lake City, UT 84130-0715
14317476      E-mail/Text: bkr@cardworks.com Oct 22 2011 01:39:18      Advanta Bank Corp,    POB 8088,
               Philadelphia, PA 19101
14317491      E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58      ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
14368973     +E-mail/Text: legalcollections@comed.com Oct 22 2011 01:38:58      ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
14317490     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Oct 22 2011 01:40:11       Comcast Cable,
               4450 Kishwaukee Street,    Rockford, IL 61109-2944
14317495      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25       Discover,    PO Box 30395,
               Salt Lake City, UT 84130-0395
14317498      E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2011 02:13:25      GE Money Bank,    PO Box 960061,
               Orlando, FL 32896-0061
14778927     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2011 02:13:25
               GE Money Bank dba BLAIN'S FARM & FLEET/GEMB,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14317500     +E-mail/Text: pmorley@gerdauameristeel.com Oct 22 2011 01:39:15       Gerdau Ameristeel,    POB 31328,
               Tampa, FL 33631-3328
14317516     +E-mail/PDF: bankruptcyverizoncom@afni.com Oct 22 2011 02:10:43       Verizon North,    PO Box 9688,
               Mission Hills, CA 91346-9688
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14689440      Local 150, I.U.O.E. Vacation Savings Plan
14689449*    +Local 150, I.U.O.E. Vacation Savings Plan,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14689459*    +Local 150, I.U.O.E. Vacation Savings Plan,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Patrick N. Ryan,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14368977    ##+Maxus Corporate Finance LLC,    111 West Main St Suite 2B,    Carmel IN 46032-2034
14317507    ##+Merlin Kraft,    516 North 3rd Ave,    Freeport, IL 61032-8949
14317509     ##Mobil,    PO Box 4555,    Carol Stream, IL 60197-4555
                                                                                              TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: lorsmith            Page 3 of 3            Date Rcvd: Oct 21, 2011
                              Form ID: pdf006           Total Noticed: 75

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                    **Signature:**    *Joseph Speetjens*