**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCK SERVICES, INC.  § Case No. 09-73432
  §
  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $634,235.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $41,963.76 | Claims Discharged Without Payment: $1,255,721.23 |
| Total Expenses of Administration: $39,390.72 | |

3) Total gross receipts of $ 81,354.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $81,354.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $793,000.00 | $615,748.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,390.72 | 39,390.72 | 39,390.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 436,700.00 | 388,820.81 | 218,147.94 | 41,963.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 464,810.00 | 635,591.72 | 471,827.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,694,510.00 | $1,679,552.06 | $729,365.71 | $81,354.48 |

4) This case was originally filed under Chapter 7 on August 14, 2009. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2012     By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account #071118798 at Community Bank of | 1129-000 | 26,975.00 |
| Money owed for work completed and invoiced. | 1129-000 | 1,836.00 |
| See attached list of vehicles, trailers, etc (th | 1129-000 | 52,500.00 |
| Interest Income | 1270-000 | 43.48 |
| **TOTAL GROSS RECEIPTS** | | **$81,354.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd. | 4110-000 | 793,000.00 | 615,748.81 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$793,000.00** | **$615,748.81** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 7,317.72 | 7,317.72 | 7,317.72 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 7,958.00 | 7,958.00 | 7,958.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRICK, SWITZER, ET AL. | 3120-000 | N/A | 72.50 | 72.50 | 72.50 |
| U.S. Bankruptcy Court | 3120-000 | N/A | 250.00 | 250.00 | 250.00 |
| Terry Firch | 3610-000 | N/A | 7,875.00 | 7,875.00 | 7,875.00 |
| Terry Firch | 3620-000 | N/A | 6,900.00 | 6,900.00 | 6,900.00 |
| Terry Firch | 3620-000 | N/A | 607.75 | 607.75 | 607.75 |
| Terry Firch | 3620-000 | N/A | 365.81 | 365.81 | 365.81 |
| United States Treasury | 2690-730 | N/A | 5,372.48 | 5,372.48 | 5,372.48 |
| Illinois Department of Revenue | 2690-730 | N/A | 101.99 | 101.99 | 101.99 |
| I.D.E.S. | 2690-730 | N/A | 705.76 | 705.76 | 705.76 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 56.05 | 56.05 | 56.05 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 50.08 | 50.08 | 50.08 |
| RSM MC GLADREY, INC. | 3310-000 | N/A | 1,395.00 | 1,395.00 | 1,395.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 113.38 | 113.38 | 113.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 134.66 | 134.66 | 134.66 |
| The Bank of New York Mellon | 2600-000 | N/A | -3.97 | -3.97 | -3.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 118.51 | 118.51 | 118.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 39,390.72 | 39,390.72 | 39,390.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Operating Engineers Local 150 Apprenticeship Fund | 5400-000 | N/A | 387.70 | 387.70 | 80.70 |
| 7P | Construction Industry Research Service Trust Fund | 5400-000 | N/A | 58.30 | 58.30 | 12.14 |
| 8P | Midwest Operating Engineers Pension Trust Fund | 5400-000 | N/A | 2,162.10 | 2,162.10 | 450.06 |
| 9P | Midwest Operating Engineers Retirement Enhancement | 5400-000 | N/A | 235.50 | 235.50 | 49.02 |
| 10P | Local 150, I.U.O.E. Vacation Savings Plan | 5400-000 | N/A | 646.20 | 646.20 | 134.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11P | Midwest Operating Engineers Welfare Fund | 5400-000 | N/A | 3,964.50 | 3,964.50 | 825.24 |
| 14P | Iron Workers Local 498 Pension Fund | 5400-000 | N/A | 100,833.00 | 11,725.00 | 2,440.64 |
| 15P | Iron Workers Local 498 Health & Welfare Trust | 5400-000 | N/A | 76,334.19 | 11,725.00 | 2,440.64 |
| 16P | Local No. 498 Training Program Trust Fund | 5400-000 | N/A | 12,199.80 | 11,725.00 | 2,440.64 |
| 17P | Iron Workers Local Union No. 498 | 5400-000 | N/A | 28,205.88 | 11,725.00 | 2,440.64 |
| 18P | Iron Workers' Mid-America Pension Plan | 5400-000 | N/A | 54,801.31 | 54,801.31 | 11,407.29 |
| 19P | Iron Workers' Mid-America SMA Fund | 5400-000 | N/A | 69,817.80 | 69,817.80 | 14,533.08 |
| 20P | Iron Workers' Tri-State Welfare Fund | 5400-000 | N/A | 22,623.09 | 22,623.09 | 4,709.16 |
| 22P | Illinois Department of Revenue | 5800-000 | N/A | 479.60 | 479.60 | 0.00 |
| 24P | Department of Treasury | 5800-000 | 20,700.00 | 15,935.81 | 15,935.81 | 0.00 |
| 25P | Wisconsin Department of Revenue | 5800-000 | N/A | 136.03 | 136.03 | 0.00 |
| NOTFILED | Iron Workers Mid America | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Welfare Fund C/O Patrick Ryan | 5200-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Iron Workers Mid America Supplemental Monthly Annuity | 5200-000 | 99,000.00 | N/A | N/A | 0.00 |
| NOTFILED | #498 of the Bridge, Structural, Ornamental and | 5200-000 | 298,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 436,700.00 | 388,820.81 | 218,147.94 | 41,963.76 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Maxus Corporate Finance LLC | 7100-000 | 9,000.00 | 9,000.00 | 9,000.00 | 0.00 |
| 2 | BHFX | 7100-000 | 200.00 | 100.96 | 100.96 | 0.00 |
| 3 | Richard Lindemann, CPA | 7100-000 | 1,900.00 | 3,002.00 | 3,002.00 | 0.00 |
| 4U | Fifth Third Bank c/o Kamm, Shapiro & Demuth, Ltd. | 7100-000 | N/A | 206,893.74 | 206,893.74 | 0.00 |
| 5 | Chase Bank USA NA | 7100-000 | 7,300.00 | 8,602.50 | 8,602.50 | 0.00 |
| 6U | Operating Engineers Local 150 Apprenticeship Fund | 7100-000 | N/A | 102.32 | 102.32 | 0.00 |
| 8U | Midwest Operating Engineers Pension Trust Fund | 7100-000 | N/A | 569.88 | 569.88 | 0.00 |
| 9U | Midwest Operating Engineers Retirement Enhancement | 7100-000 | N/A | 317.53 | 317.53 | 0.00 |
| 10U | Local 150, I.U.O.E. Vacation Savings Plan | 7100-000 | N/A | 164.52 | 164.52 | 0.00 |
| 11U | Midwest Operating Engineers Welfare Fund | 7100-000 | N/A | 1,054.19 | 1,054.19 | 0.00 |
| 12 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 7100-000 | 800.00 | 598.28 | 598.28 | 0.00 |
| 13 | Craig Kraft | 7100-000 | 250,000.00 | 265,000.00 | 0.00 | 0.00 |
| 14U | Iron Workers Local 498 Pension Fund | 7100-000 | N/A | 39,472.51 | 89,108.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15U | Iron Workers Local 498 Health & Welfare Trust | 7100-000 | N/A | 20,374.51 | 64,609.19 | 0.00 |
| 16U | Local No. 498 Training Program Trust Fund | 7100-000 | N/A | 2,913.32 | 474.80 | 0.00 |
| 17U | Iron Workers Local Union No. 498 | 7100-000 | N/A | 6,677.20 | 16,480.88 | 0.00 |
| 18U | Iron Workers' Mid-America Pension Plan | 7100-000 | N/A | 28,542.34 | 28,542.34 | 0.00 |
| 19U | Iron Workers' Mid-America SMA Fund | 7100-000 | N/A | 28,130.70 | 28,130.70 | 0.00 |
| 20U | Iron Workers' Tri-State Welfare Fund | 7100-000 | N/A | 2,661.92 | 2,661.92 | 0.00 |
| 21 | Cropp's Door Services | 7200-000 | 3,900.00 | 3,875.00 | 3,875.00 | 0.00 |
| 23U | Illinois Department of Revenue | 7100-000 | N/A | 736.50 | 736.50 | 0.00 |
| 24U | Department of Treasury | 7100-000 | unknown | 6,701.80 | 6,701.80 | 0.00 |
| 25U | Wisconsin Department of Revenue | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| NOTFILED | Discover | 7100-000 | 5,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Companies | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank (Chicago) | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card Corp. | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase - BP | 7100-000 | 14,500.00 | N/A | N/A | 0.00 |
| NOTFILED | CarQuest Auto Parts Stores | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 3,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Christine Kraft | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gerdau Belvidere Reinforcing Steel | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Gerdau | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Mobil | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | PDC - Precision Drive & Control | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon North | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merlin Kraft | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Business Direct | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gills Freeport Disposal | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Card Service | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CarQuest Auto Parts Stores | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Maxus Corporate Finance LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon North | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Card Service | 7100-000 | 56,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midwest Operating Engineers Fringe Benefits Fund | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Iron Workers Mid America | 7100-000 | 93,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Welfare Fund C/O Patrick Ryan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advanta | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Iron Workers Mid America Supplemental Monthly Annuity | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | #498 of the Bridge, Structural, Ornamental and | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 464,810.00 | 635,591.72 | 471,827.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 08/14/09 (f)  
**§341(a) Meeting Date:** 09/17/09

**Period Ending:** 02/21/12

**Claims Bar Date:** 01/14/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Checking account #7232238548 at 5th 3rd Bank, Fr | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account #071118798 at Community Bank of | 50,000.00 | 26,975.00 | DA | 26,975.00 | FA |
| 3 | Checking account at State Bank of Davis | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Possible refunds for cancelled workers comp and | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | Funds being held as retainage for jobs completed | 244,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Money owed for work completed and invoiced. | 217,735.00 | 0.00 | DA | 1,836.00 | FA |
| 7 | Possible refund for 941 tax overpayments | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | See attached list of vehicles, trailers, etc (th | 120,000.00 | Unknown | DA | 52,500.00 | FA |
| 9 | See attached inventory of business equipment (se | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 43.48 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$634,235.00** | **$26,975.00** | | **$81,354.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 31, 2009    **Current Projected Date Of Final Report (TFR):** October 12, 2011 (Actual)

Printed: 02/21/2012 02:32 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.  
**Taxpayer ID #:** **-***5525  
**Period Ending:** 02/21/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****52-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/24/09 | {2} | Community Bank of Orangeville | balance of proceeds in checking account | | 1129-000 | 26,975.00 | | 26,975.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.22 | | 26,975.22 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.10 | | 26,976.32 |
| 11/09/09 | {6} | Joseph J. Henderson | subcontractor monies from City of Marseilles | | 1129-000 | 1,836.00 | | 28,812.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.18 | | 28,813.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.21 | | 28,814.71 |
| 01/26/10 | {8} | Action Auctioneering | sale of vehicles | | 1129-000 | 52,500.00 | | 81,314.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.27 | | 81,315.98 |
| 02/18/10 | 1001 | Terry Firch | payment of auctioneerig fees and costs | | | | 15,748.56 | 65,567.42 |
| | | | Auctioneer fee | 7,875.00 | 3610-000 | | | 65,567.42 |
| | | | towing expense | 6,900.00 | 3620-000 | | | 65,567.42 |
| | | | re-Keying cost | 607.75 | 3620-000 | | | 65,567.42 |
| | | | batteries and starter | 365.81 | 3620-000 | | | 65,567.42 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 3.05 | | 65,570.47 |
| 03/15/10 | 1002 | United States Treasury | Form 941 payment | | 2690-730 | | 5,372.48 | 60,197.99 |
| 03/15/10 | 1003 | Illinois Department of Revenue | IL-941 taxes due | | 2690-730 | | 101.99 | 60,096.00 |
| 03/15/10 | 1004 | I.D.E.S. | UC3-40 payment | | 2690-730 | | 705.76 | 59,390.24 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.83 | | 59,393.07 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.40 | | 59,393.47 |
| 04/06/10 | | Wire out to BNYM account 9200******5265 | Wire out to BNYM account 9200******5265 | | 9999-000 | -59,393.47 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 21,928.79 | 21,928.79 | $0.00 |
| Less: Bank Transfers | -59,393.47 | 0.00 | |
| Subtotal | 81,322.26 | 21,928.79 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $81,322.26 | $21,928.79 | |

{} Asset reference(s)

Printed: 02/21/2012 02:32 PM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.  
**Taxpayer ID #:** **-***5525  
**Period Ending:** 02/21/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5265 | Wire in from JPMorgan Chase Bank, N.A. account ********5265 | 9999-000 | 59,393.47 | | 59,393.47 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.84 | | 59,396.31 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,399.84 |
| 06/08/10 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73432, Bond #016018067 | 2300-000 | | 56.05 | 59,343.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.42 | | 59,347.21 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.53 | | 59,350.74 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.52 | | 59,354.26 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 59,355.72 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,357.23 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 59,358.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,360.20 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,361.71 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 59,363.07 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,364.58 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.46 | | 59,366.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.51 | | 59,367.55 |
| 05/31/11 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-73432, Bond #016018067 | 2300-000 | | 50.08 | 59,317.47 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 59,317.95 |
| 07/20/11 | 11007 | RSM MC GLADREY, INC. | PAYMENT FOR ACCOUNTING SERVICES PER ORDER 7/20/11 | 3310-000 | | 1,395.00 | 57,922.95 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.50 | | 57,923.45 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 113.38 | 57,810.07 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,810.56 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 134.66 | 57,675.90 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.97 | 57,679.87 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 57,680.34 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.51 | 57,561.83 |
| 10/11/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 57,561.98 |
| 10/11/11 | | To Account #9200******5266 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 57,561.98 | 0.00 |

Subtotals :       $59,425.69        $59,425.69

{} Asset reference(s)

Printed: 02/21/2012 02:32 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-73432 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | MCK SERVICES, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******52-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5525 | | **Blanket Bond:** | $372,000.00 (per case limit) |
| **Period Ending:** | 02/21/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 59,425.69 | 59,425.69 | $0.00 |
| | | | Less: Bank Transfers | | 59,393.47 | 57,561.98 | |
| | | | **Subtotal** | | **32.22** | **1,863.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32.22** | **$1,863.71** | |

{} Asset reference(s)   Printed: 02/21/2012 02:32 PM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.  
**Taxpayer ID #:** **-***5525  
**Period Ending:** 02/21/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/11 | | From Account #9200******5265 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 57,561.98 | | 57,561.98 |
| 11/29/11 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $7,958.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,958.00 | 49,603.98 |
| 11/29/11 | 102 | BARRICK, SWITZER, ET AL. | Dividend paid 100.00% on $72.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 72.50 | 49,531.48 |
| 11/29/11 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $7,317.72, Trustee Compensation; Reference: | 2100-000 | | 7,317.72 | 42,213.76 |
| 11/29/11 | 104 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 250.00 | 41,963.76 |
| 11/29/11 | 105 | Operating Engineers Local 150 Apprenticeship Fund | Dividend paid 20.81% on $387.70; Claim# 6P; Filed: $387.70; Reference: | 5400-000 | | 80.70 | 41,883.06 |
| 11/29/11 | 106 | Construction Industry Research Service Trust Fund | Dividend paid 20.81% on $58.30; Claim# 7P; Filed: $58.30; Reference: | 5400-000 | | 12.14 | 41,870.92 |
| 11/29/11 | 107 | Midwest Operating Engineers Pension Trust Fund | Dividend paid 20.81% on $2,162.10; Claim# 8P; Filed: $2,162.10; Reference: | 5400-000 | | 450.06 | 41,420.86 |
| 11/29/11 | 108 | Midwest Operating Engineers Retirement Enhancement | Dividend paid 20.81% on $235.50; Claim# 9P; Filed: $235.50; Reference: | 5400-000 | | 49.02 | 41,371.84 |
| 11/29/11 | 109 | Local 150, I.U.O.E. Vacation Savings Plan | Dividend paid 20.81% on $646.20; Claim# 10P; Filed: $646.20; Reference: | 5400-000 | | 134.51 | 41,237.33 |
| 11/29/11 | 110 | Midwest Operating Engineers Welfare Fund | Dividend paid 20.81% on $3,964.50; Claim# 11P; Filed: $3,964.50; Reference: | 5400-000 | | 825.24 | 40,412.09 |
| 11/29/11 | 111 | Iron Workers Local 498 Pension Fund | Dividend paid 20.81% on $11,725.00; Claim# 14P; Filed: $100,833.00; Reference: | 5400-000 | | 2,440.64 | 37,971.45 |
| 11/29/11 | 112 | Iron Workers Local 498 Health & Welfare Trust | Dividend paid 20.81% on $11,725.00; Claim# 15P; Filed: $76,334.19; Reference: | 5400-000 | | 2,440.64 | 35,530.81 |
| 11/29/11 | 113 | Local No. 498 Training Program Trust Fund | Dividend paid 20.81% on $11,725.00; Claim# 16P; Filed: $12,199.80; Reference: | 5400-000 | | 2,440.64 | 33,090.17 |
| 11/29/11 | 114 | Iron Workers Local Union No. 498 | Dividend paid 20.81% on $11,725.00; Claim# 17P; Filed: $28,205.88; Reference: | 5400-000 | | 2,440.64 | 30,649.53 |
| 11/29/11 | 115 | Iron Workers' Mid-America Pension Plan | Dividend paid 20.81% on $54,801.31; Claim# 18P; Filed: $54,801.31; Reference: | 5400-000 | | 11,407.29 | 19,242.24 |
| 11/29/11 | 116 | Iron Workers' Mid-America SMA Fund | Dividend paid 20.81% on $69,817.80; Claim# 19P; Filed: $69,817.80; Reference: | 5400-000 | | 14,533.08 | 4,709.16 |
| 11/29/11 | 117 | Iron Workers' Tri-State Welfare Fund | Dividend paid 20.81% on $22,623.09; Claim# 20P; Filed: $22,623.09; Reference: | 5400-000 | | 4,709.16 | 0.00 |

Subtotals :   $57,561.98   $57,561.98

{} Asset reference(s)

Printed: 02/21/2012 02:32 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-73432  
**Case Name:** MCK SERVICES, INC.  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  

**Taxpayer ID #:** **-***5525  
**Blanket Bond:** $372,000.00   (per case limit)  
**Period Ending:** 02/21/12  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 57,561.98 | 57,561.98 | $0.00 |
| | | | Less: Bank Transfers | | 57,561.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 57,561.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$57,561.98** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****52-65** | 81,322.26 | 21,928.79 | 0.00 |
| **MMA # 9200-******52-65** | 32.22 | 1,863.71 | 0.00 |
| **Checking # 9200-******52-66** | 0.00 | 57,561.98 | 0.00 |
| | $81,354.48 | $81,354.48 | $0.00 |

{} Asset reference(s)

Printed: 02/21/2012 02:32 PM    V.12.57